B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA<br>FORT MYERS DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McLendon, Jason F** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**McLendon, Tanya R** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fdba First Clas Builders; fdba First Class Cleaning; fdba Sharp Investments; fdba Olde Naples Investments; fdba Alico Eleven; fdba Alico Business Park; fdba LA** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):  **xxx-xx-6826** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):  **xxx-xx-9395** |

| Street Address of Debtor (No. and Street, City, and State):<br>**15831 Delasol Lane**<br>**Naples, FL** | ZIP CODE<br>**34110** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**15831 Delasol Lane**<br>**Naples, FL** | ZIP CODE<br>**34110** |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**COLLIER** | | County of Residence or of the Principal Place of Business:<br>**COLLIER** | |
| Mailing Address of Debtor (if different from street address): | ZIP CODE | Mailing Address of Joint Debtor (if different from street address): | ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

ZIP CODE

---

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

---

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (1/08)                                                                                                          **Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Jason F McLendon** <br> **Tanya R McLendon** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: <br> **flmbke** | Case Number: <br> **96-12881** | Date Filed: <br> **9/25/1996** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X**  /s/ Holly A. Bower                                      02/18/2009 <br>      Holly A. Bower                                                Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)                                                                                                           Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Jason F McLendon**
**Tanya R McLendon**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Jason F McLendon
_____
**Jason F McLendon**

**X** /s/ Tanya R McLendon
_____
**Tanya R McLendon**

Telephone Number (If not represented by attorney)
_____
**02/18/2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** /s/ Holly A. Bower
_____
**Holly A. Bower**             Bar No. **0010292**

**Phoenix Law PA**
**Phoenix Law PA**
**12800 University Drive**
**Suite 260**
**Fort Myers, Florida 33907**
Phone No. **(239) 333-3800**     Fax No. **(239) 461-0083**

02/18/2009
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**B 1D (Official Form 1, Exhibit D) (12/08)**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:   **Jason F McLendon**                                          Case No. _____
         **Tanya R McLendon**                                                              (if known)

               Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exhibit D) (12/08)**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

In re: **Jason F McLendon**                                    Case No. _____
       **Tanya R McLendon**                                                        (if known)

          Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jason F McLendon**_____
                    Jason F McLendon

Date:   **02/18/2009**_____

**B 1D (Official Form 1, Exhibit D) (12/08)**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

In re:   **Jason F McLendon**                                    Case No. _____

  **Tanya R McLendon**                                                          (if known)

           Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exhibit D) (12/08)**

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

In re:   **Jason F McLendon**                                                    Case No. _____

          **Tanya R McLendon**                                                                          (if known)

                      Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:      *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

          ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

          ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

          ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Tanya R McLendon**
                          Tanya R McLendon

Date:      **02/18/2009**

B6A (Official Form 6A) (12/07)

In re  **Jason F McLendon**                                    Case No.  _____
       **Tanya R McLendon**                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 15831 Delasol Lane, Naples, FL 34110<br>single family<br>3190 sq ft<br>4bd/3ba, w/den, 3 car garage<br>foreclosure, case #07-CA-2470 | Homestead | J | $450,000.00 | $889,955.00 |
| Diamond Resorts International<br>Daytona Beach Regency Assoc, INc | Timeshare | J | $6,662.70 | $0.00 |
| | | | **Total:** $456,662.70 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Jason F McLendon**                                    Case No. _____
       **Tanya R McLendon**                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Hancock Bank, checking #8164 Gulfport, MS<br><br>Fifth Third Bank, checking #5485 | H<br><br>W | $41.70<br><br>($484.64) |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | stove - $50<br>microwave - $25<br>refrigerator - $200<br>washer/dryer - $100<br>misc kitchen utencils/cookware - $35<br>living room furniture - $250<br>dining room furniture - $200<br>DVD player - $50<br>bedroom furniture - $300<br>lamps & accessories - $150<br>computer - $50<br>printer - $50 | J | $1,460.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Paintings/artwork | J | $250.00 |
| 6. Wearing apparel. | | misc clothing | J | $400.00 |
| 7. Furs and jewelry. | | wedding rings | J | $250.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Jason F McLendon**                                    Case No.  _____
       **Tanya R McLendon**                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Jason F McLendon**                                    Case No. _____
       **Tanya R McLendon**                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Jason F McLendon**                                      Case No. _____
       **Tanya R McLendon**                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Dodge Ram SLT Pickup good condition 82,500 miles VIN #1d7ha18d85s279552 | H | $10,200.00 |
| | | 1999 Ford Expedition SUV poor condition 200,000 miles VIN #1FMRU176XWLB63804 | W | $1,900.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Jason F McLendon**                                    Case No. _____
       **Tanya R McLendon**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | | |

_____4_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Total  >**          **$14,017.06**

B6C (Official Form 6C) (12/07)

In re  **Jason F McLendon**                                    Case No. _____
      **Tanya R McLendon**                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Hancock Bank, checking #8164 Gulfport, MS | Fla. Stat. Ann. § 222.11 | $41.70 | $41.70 |
| Fifth Third Bank, checking #5485 | Fla. Stat. Ann. § 222.11 | $0.00 | ($484.64) |
| stove - $50 microwave - $25 refrigerator - $200 washer/dryer - $100 misc kitchen utencils/cookware - $35 living room furniture - $250 dining room furniture - $200 DVD player - $50 bedroom furniture - $300 lamps & accessories - $150 computer - $50 printer - $50 | Fla. Stat. Ann. Section 222.25(4) | $1,460.00 | $1,460.00 |
| Paintings/artwork | Fla. Stat. Ann. Section 222.25(4) | $250.00 | $250.00 |
| misc clothing | Fla. Stat. Ann. Section 222.25(4) | $400.00 | $400.00 |
| wedding rings | Fla. Stat. Ann. Section 222.25(4) | $250.00 | $250.00 |
| 1999 Ford Expedition SUV poor condition 200,000 miles VIN #1FMRU176XWLB63804 | Fla. Stat. Ann. Section 222.25(4) | $1,900.00 | $1,900.00 |
| | | **$4,301.70** | **$3,817.06** |

B6D (Official Form 6D) (12/07)

In re  **Jason F McLendon**                                    Case No. _____
       **Tanya R McLendon**                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **63010004058632**<br><br>**Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-77**<br>**PO Box 26012**<br>**Greensboro, NC 27410** | | **H** | DATE INCURRED:  **07/2005**<br>NATURE OF LIEN:<br>**Automobile Loan deficiency**<br>COLLATERAL:<br>**2005 Dodge Ram SLT**<br>REMARKS:<br>**acct closed by grantor**<br><br><br>VALUE:                **$0.00** | | | | **$18,598.00** | **$18,598.00** |
| **Representing:**<br>**Bank Of America** | | | **Bank of America**<br>**PO Box 45224**<br>**Jacksonville, FL 32232-5224** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **29820101429**<br><br>**Collier County Tax Collector**<br>**3301 Tamiami Trail East Bldg C-1**<br>**Naples, FL 34112-4997** | | **J** | DATE INCURRED:       **2008**<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**15831 Delasol Lane, Naples, Fl 34110**<br>REMARKS:<br><br><br>VALUE:                **$0.00** | | | | **$7,100.00** | **$7,100.00** |
| ACCT #: **1219054**<br><br>**Daytona Beach Regency Assoc, Inc**<br>**PO Box 863596**<br>**Orlando, FL 32886-3596** | | **J** | DATE INCURRED:      **1/2008**<br>NATURE OF LIEN:<br>**Timeshare Mortgae/Vaction Ownership**<br>COLLATERAL:<br>**Diamond Resorts International**<br>REMARKS:<br><br>VALUE:                **$0.00** | | | | **$6,662.70** | **$6,662.70** |

|  | Subtotal (Total of this Page) > | **$32,360.70** | **$32,360.70** |
|---|---|---|---|
|  | Total (Use only on last page) > |  |  |

_____**3**_____continuation sheets attached

| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **Jason F McLendon**                                    Case No. _____
          **Tanya R McLendon**                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **6000198479**<br><br>**Fremont Investment & Loan**<br>**2727 E. Imperial Hwy**<br>**Brea, CA 92821** | | H | DATE INCURRED: **12/2005**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**3381 Timberwood Cr, Naples, FL**<br>REMARKS:<br>**mothers home, not in his name, this loan was to have been paid off when she refinanced it foreclosed**<br>VALUE: **$0.00** | | | | $717,547.00 | $717,547.00 |
| ACCT #: **02020440150**<br><br>**Hendry County Tax Collector**<br>**Po Box 1780**<br>**LaBelle, FL 33975-1780** | | H | DATE INCURRED: **2007**<br>NATURE OF LIEN:<br>**Bus debt - delinquent taxes due**<br>COLLATERAL:<br>**3020 Lady Ln, LaBelle, FL**<br>REMARKS:<br>**First Class Builders, Inc - personally guaranteed**<br><br>VALUE: **$0.00** | | | | $480.00 | $480.00 |
| ACCT #: **06021900330**<br><br>**Hendry County Tax Collector**<br>**Po Box 1780**<br>**LaBelle, FL 33975-1780** | | H | DATE INCURRED: **2007**<br>NATURE OF LIEN:<br>**Business Debt-deliquent taxes**<br>COLLATERAL:<br>**6027 Kumquat Cir, LaBelle, FL**<br>REMARKS:<br>**First Class Builders, Inc - personally guaranteed**<br><br>VALUE: **$0.00** | | | | $480.00 | $480.00 |
| ACCT #: **01020330350**<br><br>**Hendry County Tax Collector**<br>**Po Box 1780**<br>**LaBelle, FL 33975-1780** | | H | DATE INCURRED: **2007**<br>NATURE OF LIEN:<br>**Business Debt-deliquent taxes**<br>COLLATERAL:<br>**2061 Montana Cir, LaBelle, FL**<br>REMARKS:<br>**First Class Builders, INc - personally guaranteed**<br><br>VALUE: **$0.00** | | | | $480.00 | $480.00 |

Sheet no. ____**1**____ of ____**3**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > **$718,987.00** | **$718,987.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Jason F McLendon**           Case No. _____
        **Tanya R McLendon**                                   (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **03020900010**<br><br>**Hendry County Tax Collector**<br>**Po Box 1780**<br>**LaBelle, FL 33975-1780** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Debt-deliquent taxes**<br>COLLATERAL:<br>**5001 Peachtree Cir, LaBelle, FL**<br>REMARKS:<br>**First Class Builders, Inc - personally guaranteed**<br><br>VALUE:            **$0.00** | | | | **$461.00** | **$461.00** |
| ACCT #: **09023060080**<br><br>**Hendry County Tax Collector**<br>**Po Box 1780**<br>**LaBelle, FL 33975-1780** | | H | DATE INCURRED:    **2007**<br>NATURE OF LIEN:<br>**Business Debt-deliquent taxes**<br>COLLATERAL:<br>**8045 Buttercup Cir, LaBelle, FL**<br>REMARKS:<br>**First Class Builders, Inc - personally guaranteed**<br><br>VALUE:            **$0.00** | | | | **$460.00** | **$460.00** |
| ACCT #: **02020730120**<br><br>**Hendry County Tax Collector**<br>**Po Box 1780**<br>**LaBelle, FL 33975-1780** | | H | DATE INCURRED:    **2007**<br>NATURE OF LIEN:<br>**Business Debt-deliquent taxes**<br>COLLATERAL:<br>**3037 Mignon Cir, LaBelle, FL**<br>REMARKS:<br>**First Class Builders, Inc - personally guaranteed**<br><br>VALUE:            **$0.00** | | | | **$480.00** | **$480.00** |
| ACCT #: **01000270010**<br><br>**Hendry County Tax Collector**<br>**Po Box 1780**<br>**LaBelle, FL 33975-1780** | | H | DATE INCURRED:    **2007**<br>NATURE OF LIEN:<br>**Business Debt-deliquent taxes**<br>COLLATERAL:<br>**170 Oklahoma Ave, LaBelle, FL**<br>REMARKS:<br>**Sharp Investments, LLC - personally guaranteed**<br><br>VALUE:            **$0.00** | | | | **$9,306.00** | **$9,306.00** |

Sheet no. ____**2**____ of ____**3**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$10,707.00**     **$10,707.00** |
| Total (Use only on last page) > | |

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Jason F McLendon**                                  Case No. _____
         **Tanya R McLendon**                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: 6930325030484<br><br>**Homeq**<br>**Attn: Bankruptcy Department**<br>**1100 Corporate Center**<br>**Raleigh, NC 27607** | | J | DATE INCURRED:    **12/2005**<br>NATURE OF LIEN:<br>**Real Estate Mortgage without Other Collateral**<br>COLLATERAL:<br>**15831 Delasol Lane, Naples, FL 34110**<br>REMARKS:<br><br>VALUE:                    **$450,000.00** | | | | **$178,788.00** | **$178,788.00** |
| ACCT #: **First**<br><br>**JC-1 Condominium Assoc**<br>**2220 J & C Blvd, Suite #9**<br>**Naples, FL 34109-2043** | | H | DATE INCURRED:    **3/2008**<br>NATURE OF LIEN:<br>**Association Dues**<br>COLLATERAL:<br>**2220 J & C Blvd, #3, Naples, FL 34109**<br>REMARKS:<br>**First Class Cleaning - personally guaranteed**<br><br>VALUE:                    **$0.00** | | | | **$2,665.00** | **$2,665.00** |
| ACCT #: 15932643<br><br>**Litton Loan Servicing**<br>**Attention:  Bankruptcy**<br>**4828 Loop Central Drive**<br>**Houston, TX 77081** | | J | DATE INCURRED:    **12/2005**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**15831 Delasol Lane, Naples, FL 34110**<br>REMARKS:<br><br>VALUE:                    **$450,000.00** | | | | **$711,167.00** | **$261,167.00** |
| | | | | | | | | |

Sheet no. ____**3**____ of ____**3**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$892,620.00** | **$442,620.00** |
| Total (Use only on last page) > | **$1,654,674.70** | **$1,204,674.70** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re  **Jason F McLendon**                                   Case No. _____
       **Tanya R McLendon**                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Jason F McLendon**                                        Case No. _____
       **Tanya R McLendon**                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **07-CC-2348**<br>**3573 Enterprise Condominium Assoc, Inc**<br>**c/o R & P Property Management**<br>**265 Airport Rd.**<br>**Naples, FL 34104** | | H | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders, Inc** | X | X | | $2,681.00 |
| **Representing:**<br>**3573 Enterprise Condominium Assoc, Inc** | | | **DeBoest, Stockman, Decker,**<br>**Broughton & Hagan, PA**<br>**1415 Hendry St.**<br>**Fort Myers, FL 33901** | | | | **Notice Only** |
| ACCT #:  **#60**<br>**3573 Enterprise Condominium Assoc, INc**<br>**c/o Property Managment**<br>**265 Airport Rd.**<br>**Naples, FL 34104** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $9,000.00 |
| ACCT #:  **#61**<br>**3573 Enterprise Condominium Assoc, INc**<br>**c/o Property Managment**<br>**265 Airport Rd.**<br>**Naples, FL 34104** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $9,000.00 |
| ACCT #:  **#90**<br>**3573 Enterprise Condominium Assoc, INc**<br>**c/o Property Managment**<br>**265 Airport Rd.**<br>**Naples, FL 34104** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $9,000.00 |
| ACCT #:  **#91**<br>**3573 Enterprise Condominium Assoc, INc**<br>**c/o Property Managment**<br>**265 Airport Rd.**<br>**Naples, FL 34104** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | | | | $9,000.00 |

Subtotal >  **$38,681.00**

____**35**____continuation sheets attached

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason F McLendon**                                    Case No. _____
**Tanya R McLendon**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **A&A Truck Brokers, Inc 6141 Hamilton Dr. Fort Myers, FL 33905** | | H | DATE INCURRED: CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders** | X | X | | $24,285.00 |
| ACCT #: **Able Body Labor PO Box 30532 Tampa, FL 33630-3532** | | H | DATE INCURRED: CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders** | X | X | | $3,122.00 |
| ACCT #: **Accurate Hauling, INc 1345 Old Pondella Rd Cape Coral, FL 33909** | | H | DATE INCURRED: CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders** | X | X | | $1,400.00 |
| ACCT #: **Acousit Engineering Company of FL 3620 Work Dr. Fort Myers, FL 3916** | | H | DATE INCURRED: CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders** | X | X | | $515.00 |
| ACCT #: **Action Automatic door & Gate 11360 Metro Pkwy Fort Myers, FL 33912** | | H | DATE INCURRED: CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders** | X | X | | $2,985.00 |
| ACCT #: **AFCO Dept 0809 Dallas, TX 75312-0809** | | H | DATE INCURRED: CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders** | X | X | | $481.00 |

Sheet no. ___1___ of ___35___ continuation sheets attached to             **Subtotal >**             $32,788.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason F McLendon**                                    Case No. _____
        **Tanya R McLendon**                                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**All City Plumbing, Inc**<br>**17466 E Street**<br>**N. Fort Myers, FL 3391711203** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $11,213.00 |
| ACCT #:<br>**All City Site Development**<br>**17466 E St.**<br>**N. Fort Myers, FL 33917** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | | | $11,592.00 |
| ACCT #:<br>**All Wireless**<br>**1000 Immokalee Rd. #82**<br>**Naples, FL 34110** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $201.00 |
| ACCT #:  **6570145206**<br>**Alliance One Receivables Management, Inc**<br>**PO Box 3102**<br>**Southeastern, PA 19398-3102** | | H | DATE INCURRED:  **9/2008**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders**<br>**RE: Altel Virtuoso** | X | X | | $690.00 |
| ACCT #:  **6570145216**<br>**Alltel**<br>**PO Box 9001905**<br>**Louisville, KY 40290-1905** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $1,952.00 |
| **Representing:**<br>**Alltel** | | | **Alltell**<br>**PO Box 530533**<br>**Atlanta, GA 30353-0533** | | | | **Notice Only** |

Sheet no. _____**2**_____ of _____**35**_____ continuation sheets attached to                              Subtotal >                     $25,648.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason F McLendon**               Case No. _____
           **Tanya R McLendon**                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing: Alltel** | | | **ERSolutions, Inc PO Box 9004 Renton, WA 98057** | | | | **Notice Only** |
| ACCT #:  **2691809376** <br> **Alltel Comm Bankruptcy Group 1 Allied Dr B5F03 Little Rock, AR 72202** | | W | DATE INCURRED:  **07/2008** <br> CONSIDERATION: **Phone Services** <br> REMARKS: | | | | **$323.00** |
| ACCT #:  **80762** <br> **Antonio J. Perez-Benitoa PA 900 6th Ave. S., Suite 303 Naples, FL 34102** | | H | DATE INCURRED: <br> CONSIDERATION: **Medical Bill** <br> REMARKS: | | | | **$3,274.50** |
| ACCT #: <br> **ASAP Blueprint & Sign Comp 1981 J&C Blvd. Naples, Fl 34109** | | H | DATE INCURRED: <br> CONSIDERATION: **Business Debt-personally guaranteed** <br> REMARKS: <br> **First Class Builders** | X | X | | **$3,031.00** |
| ACCT #: <br> **Attorneys Real Estate Land Surveying 1930 Park Meadow Dr. Fort Myers, FL 33907** | | H | DATE INCURRED: <br> CONSIDERATION: **Business Debt-personally guaranteed** <br> REMARKS: | X | | | **$6,600.00** |
| ACCT #: <br> **B & B Cool Air, Inc 1511 Gretchen Ave., Suite A Lehigh Acres, FL 33971** | | H | DATE INCURRED: <br> CONSIDERATION: **Business Debt-personally guaranteed** <br> REMARKS: <br> **First Class Builders** | X | X | | **$15,521.00** |

Sheet no. ____**3**____ of ____**35**____ continuation sheets attached to          Subtotal >    **$28,749.50**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                      Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason F McLendon**                                    Case No. _____
          **Tanya R McLendon**                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **898021413590**<br>**Bank of America**<br>**P. O. Box 25118**<br>**Tampa, FL  33622-5118** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Negative Checking Balance**<br>REMARKS: | | | | $330.00 |
| ACCT #:  **3590**<br>**BANK OF AMERICA**<br>**PO BOX 1598**<br>**NORFOLD, VA 23501** | | W | DATE INCURRED:    **2209**<br>CONSIDERATION:<br>**Negative Checking Balance**<br>REMARKS: | | | | $145.48 |
| ACCT #:<br>**Bank of Florida**<br>**1185 Immokalee Rd.**<br>**Naples, FL 34110** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders-3573 Enterprise warehouse** | X | X | | $275,000.00 |
| ACCT #:<br>**Bank of Florida**<br>**1185 Immokalee Rd.**<br>**Naples, FL 34110** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**LA, LLC** | X | | | $6,500,000.00 |
| ACCT #:  **060230235**<br>**BCC02 Financial Management Services, Inc**<br>**PO Box 490537**<br>**Fort Lauderdale, FL 33349-0537** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Naples Community Hosp- N Collier C**<br>REMARKS: | X | X | | $2,195.00 |
| ACCT #:<br>**Berge Buildings & Contracting Co**<br>**PO Box 151398**<br>**Cape Coral, FL 33915** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $10,382.00 |

Sheet no. ___4___ of ___35___ continuation sheets attached to                              Subtotal >                $6,788,052.48
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**                                    Case No. _____
        **Tanya R McLendon**                                                      (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **10513.00**<br>**Builders Choice Supply, Inc**<br>**875 S Elm St.**<br>**LaBelle, FL 33935** | | H | DATE INCURRED:  **8/2007**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders, Inc** | X | X | | $2,490.00 |
| ACCT #:<br>**C R Gillen**<br>**1415 Jefferson Ave.**<br>**Lehigh Acres, FL 33972** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $41,900.00 |
| ACCT #:<br>**C.A. Land Clearing, INc**<br>**400 Hendry Isle Blvd**<br>**Clewiston, FL 33440** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $10,828.00 |
| ACCT #:<br>**Cape Coral Electric, Inc**<br>**928 SE 15th Terr.**<br>**Cape Coral, FL 33990** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $922.00 |
| ACCT #:<br>**Cape Coral Glass & Mirror**<br>**873 SE 47th St.**<br>**Cape Coral, FL** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $382.00 |
| ACCT #:<br>**Cape Coral Insulation Services**<br>**912 SE 9th Terr.**<br>**Cape Coral, FL 33990** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $310.00 |

Sheet no. ___**5**___ of ___**35**___ continuation sheets attached to                                    Subtotal >                **$56,832.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**              Case No. _____
       **Tanya R McLendon**                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **136500**<br>**Capstone Financial Management, LLC**<br>**PO Box 674257**<br>**Marietta, GA 30006-0072** | | H | DATE INCURRED:    **3/2008**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders**<br>**RE: Turner Pest Control-Commercial** | X | X | | **$638.00** |
| **Representing:**<br>**Capstone Financial Management, LLC** | | | **Turner Pest Control**<br>**480 Edgewood Ave. S**<br>**Jacksonville, FL 32205** | | | | **Notice Only** |
| ACCT #:<br>**Carlson Brothers Construction, Inc**<br>**19760 Little Lane**<br>**Alva, FL 33920** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | **$752.00** |
| ACCT #:<br>**Carpanez Floor Covering**<br>**2116 Earl Rd.**<br>**Fort Myers, FL 33901** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | **$4,187.00** |
| ACCT #:<br>**Carter Fence Company**<br>**3490 Shearwater St.**<br>**Naples, FL 34109** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | **$14,556.00** |
| ACCT #:<br>**Causeway Lumber Company**<br>**PO Box 21088**<br>**Fort Lauderdale, FL 33335** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | **$13,773.00** |

Sheet no. ____**6**____ of ____**35**____ continuation sheets attached to        Subtotal >        **$33,906.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                          Total >
                              **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason F McLendon**                          Case No. _____
        **Tanya R McLendon**                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **1268920** <br> **CCS Medical** <br> **14255 49th St. N, Suite #301** <br> **Clearwater, FL 33762** | | H | DATE INCURRED: **3/2008** <br> CONSIDERATION: <br> **Medical Bill** <br> REMARKS: | | | | $1,501.00 |
| ACCT #: **3122717** <br> **Cemex** <br> **PO Box 905875** <br> **Charlotte, NC 28290-5875** | | H | DATE INCURRED: **7/2008** <br> CONSIDERATION: <br> **Business Debt-personally guaranteed** <br> REMARKS: <br> **First Class Builders** | X | X | | $554.00 |
| **Representing:** <br> **Cemex** | | | **Cemex, Inc** <br> **1425 E. Wiggins Pass Rd** <br> **Naples, FL 34110** | | | | **Notice Only** |
| ACCT #: <br> **CIT Technology Fin Serv, Inc** <br> **21146 Network Place** <br> **Chicago, IL 60673** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt-personally guaranteed** <br> REMARKS: <br> **First Class Builders** | X | X | | $1,567.00 |
| ACCT #: <br> **Coastal Locksmith, Inc** <br> **1217 E Cape Coral Pkwy** <br> **Cape Coral, FL 33904** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt-personally guaranteed** <br> REMARKS: <br> **First Class Builders** | X | X | | $148.00 |
| ACCT #: <br> **Cobra Site Development, Inc** <br> **11419 Waterford Village Dr.** <br> **Fort Myers, FL 33913** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt-personally guaranteed** <br> REMARKS: <br> **First Class Builders** | X | X | | $8,492.00 |

Sheet no. ___7___ of ___35___ continuation sheets attached to          Subtotal >          **$12,262.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        Total >
                                    **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason F McLendon**         Case No. _____
       **Tanya R McLendon**                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Cochran Construction & Paving Co**<br>**132 Pollywog Point**<br>**LaBelle, FL 33935** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $4,775.00 |
| ACCT #:<br>**Coleman, Hazzard & Taylor, PA**<br>**2640 Golden Gate Pkwy**<br>**Naples, FL 34105** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $1,430.00 |
| ACCT #:<br>**Commercial Clean-Up**<br>**4305 Exchange Ave.**<br>**Naples, FL 34104** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $6,564.00 |
| ACCT #:  **65396301**<br>**Credit Protection Assoc, LP**<br>**13355 Noel Rd**<br>**Dallas, TX 75240** | | H | DATE INCURRED:  **11/2007**<br>CONSIDERATION:<br>**Collecting for -Comcast Cable**<br>REMARKS: | | | | $373.00 |
| **Representing:**<br>**Credit Protection Assoc, LP** | | | **Comcast**<br>**P. O. Box 105184**<br>**Atlanta, GA  30348-5184** | | | | **Notice Only** |
| ACCT #:<br>**D. C. Katz Plumbing**<br>**901 W Leeland Heights Blvd**<br>**Lehigh Acres, FL 33970** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $750.00 |

Sheet no. ___**8**___ of ___**35**___ continuation sheets attached to            Subtotal >     **$13,892.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total > 
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**                                      Case No. _____
       **Tanya R McLendon**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Danny Yates Landscaping, Inc**<br>**425 SW Pine Island Rd.**<br>**Cape Coral, FL 33991** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $2,945.00 |
| ACCT #:<br>**Davidson Insulation & Acoustics, Inc**<br>**PO Box 380939**<br>**Murdock, FL 33938** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $28,369.00 |
| ACCT #:  **08-CC-2348**<br>**DeBoest, Stockman, Decker,**<br>**Broughton & Hagan, PA**<br>**1415 Hendry St.**<br>**Fort Myers, FL 33901** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**3573 Enterprise Condo Assoc.** | | | | $0.00 |
| ACCT #:<br>**E*LocalLink**<br>**130 E Main St.**<br>**Granite Building, 1st FL**<br>**Rochester, NY 14604** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $2,995.00 |
| ACCT #:<br>**Edison Plumbing, Inc**<br>**PO Box 2765**<br>**LaBelle, Fl 33975** | | H | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $716.00 |
| ACCT #:  **2395131600463**<br>**Embarq**<br>**P.O. Box 96064**<br>**Charlotte, NC 28296-0064** | | H | DATE INCURRED:  **3/2008**<br>CONSIDERATION:<br>**Phone bill**<br>REMARKS:<br>**First Class Builders** | | | | $661.00 |

Sheet no. ____**9**____ of ____**35**____ continuation sheets attached to                                    Subtotal >    $35,686.00

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**                                    Case No. _____
         **Tanya R McLendon**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **27922**<br>**Ferguson Enterprises, Inc**<br>**PO Box 100286**<br>**Atlanta, GA 30384-0286** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | **$104.00** |
| **Representing:**<br>**Ferguson Enterprises, Inc** | | | **Transworld Systems**<br>**3450 Lakeside Dr. #304**<br>**Miramar, FL 33027** | | | | **Notice Only** |
| ACCT #:  **7431985485**<br>**Fifth Third Bank**<br>**P. O. Box 630900**<br>**Cincinnati, OH  45263-0900** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Negative Checking Balance**<br>REMARKS: | | | | **$484.64** |
| ACCT #:<br>**Fifth/Third Bank**<br>**7595 Vanderbilt Beach Rd.**<br>**Naples, Fl 34119** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**Alico Business Park** | X | X | | **$5,000,000.00** |
| ACCT #:<br>**Firestone**<br>**5495 Airport Rd.**<br>**Naples, FL 34109** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | **$644.00** |
| ACCT #:<br>**First Appraisal of SW FL, Inc**<br>**2040 Fort Denaud Rd**<br>**LaBelle, FL 33935** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | **$2,500.00** |

Sheet no. ____**10**____ of ___**35**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                          **$5,003,732.64**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason F McLendon**                          Case No. _____
        **Tanya R McLendon**                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Five Star Painting, Inc**<br>**4025 24th St. SW**<br>**Lehigh Acres, FL 33971** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $5,100.00 |
| ACCT #:<br>**FL Gulf Coast Construction, Inc**<br>**503 SW 2nd St.**<br>**Cape Coral, FL 33991** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $3,300.00 |
| ACCT #:<br>**Flesher Windows, INc**<br>**511 Leonard Blvd**<br>**Lehigh Acres, FL 33971** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $11,857.00 |
| ACCT #:<br>**Florida Dreamscapes, Inc**<br>**173 Dowling Ave, NE**<br>**Port Charlotte, FL 33952** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $4,252.00 |
| ACCT #: **5676219609**<br>**Florida First Financia**<br>**1718 E Giddens Ave**<br>**Tampa, FL 33610** | | C | DATE INCURRED: **09/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $129.00 |
| ACCT #: **14852-59269**<br>**FPL**<br>**General Mail Facility**<br>**Miami, FL 33188-0001** | | H | DATE INCURRED: **3/2008**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | | | $177.00 |

Sheet no. ___11___ of ___35___ continuation sheets attached to     Subtotal >     $24,815.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**                                    Case No. _____
       **Tanya R McLendon**                                                      (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **FPL** | | | **ERSolutions, Inc** **PO Box 9004** **Renton, WA 98057** | | | | **Notice Only** |
| ACCT #:  **86651-13034** **FPL** **General Mail Facility** **Miami, FL 33188-0001** | | W | DATE INCURRED: CONSIDERATION: **Utility Service** REMARKS: | | | | **$494.00** |
| ACCT #: **Gates in Motion** **8359 Beacon Blvd, #107** **Fort Myers, Fl 33907** | | H | DATE INCURRED: CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders** | X | X | | **$4,500.00** |
| ACCT #: **GFA International** **1215 Wallace Dr.** **Delray Beach, FL 33444** | | H | DATE INCURRED: CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders** | X | X | | **$597.00** |
| ACCT #: **Golden Gate Well Drilling** **1822 40th Terr. SW** **Naples, FL 34116** | | H | DATE INCURRED: CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders** | X | X | | **$10,600.00** |
| ACCT #:  **3441-001M** **Goodlette, Coleman, Johnson,** **Yovanovish & Koester, PA** **4001 Tamiami Trail N, Suite #300** **Naples, FL 34103-3556** | | H | DATE INCURRED:  **2005** CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders** | X | X | | **$6,000.00** |

Sheet no. ____**12**____ of ____**35**____ continuation sheets attached to          Subtotal >                  **$22,191.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                                                        **(Use only on last page of the completed Schedule F.)**
                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason F McLendon**                                    Case No. _____
        **Tanya R McLendon**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **936089**<br>**Greenberg, Grant & Richards, Inc**<br>**Atten: Kennedy Bosco**<br>**Po Box 571811**<br>**Houston, TX 77257-1811** | | H | DATE INCURRED:   **2/2008**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders**<br>**RE: United Rentals-214-SE Credit** | X | X | | $1,572.00 |
| ACCT #:<br>**Grizz, LLC**<br>**3022 SE 18th Ave.**<br>**Cape Coral, FL 33904** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $1,400.00 |
| ACCT #:  **3000073**<br>**Gulf Coast Collection**<br>**5690 Marquesas Cir**<br>**Sarasota, FL 34233** | | W | DATE INCURRED:   **03/2008**<br>CONSIDERATION:<br>**Collecting for -David Lawrence Center**<br>REMARKS: | X | X | | $840.00 |
| **Representing:**<br>**Gulf Coast Collection** | | | **David Lawrence Center**<br>**6075 Bathey Lane**<br>**Naples, FL 34116-7536** | | | | **Notice Only** |
| ACCT #:  **2548157**<br>**Gulf Coast Collection**<br>**5690 Marquesas Cir**<br>**Sarasota, FL 34233** | | W | DATE INCURRED:   **04/2007**<br>CONSIDERATION:<br>**Collecting for -David Lawrence Center**<br>REMARKS: | | | | $56.00 |
| **Representing:**<br>**Gulf Coast Collection** | | | **David Lawrence Center**<br>**6075 Bathey Lane**<br>**Naples, FL 34116-7536** | | | | **Notice Only** |

Sheet no. ____**13**____ of ____**35**____ continuation sheets attached to                          Subtotal >        **$3,868.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                         Total >
                                                    (Use only on last page of the completed Schedule F.)
                                                    (Report also on Summary of Schedules and, if applicable, on the
                                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason F McLendon**                                    Case No. _____

       **Tanya R McLendon**                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Gustavo Rivero & Son, Inc**<br>**3773 Arnold Ave.**<br>**Naples, FL 33104** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $1,190.00 |
| ACCT #:<br>**Hills Lighting**<br>**8871 Brighton Lane**<br>**Bonita Springs, FL 34135** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $5,680.00 |
| ACCT #:<br>**Howard Whitman Plumbing**<br>**2575 Phillips Rd**<br>**LaBelle, FL 33935** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $23,405.00 |
| ACCT #:   **324469**<br>**Hulett Environmental Services**<br>**PO Box220928**<br>**West Palm Beach, FL 33422-0928** | | H | DATE INCURRED:   **4/2008**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders, Inc** | X | X | | $797.00 |
| ACCT #:   **case #08-bk-01192-ALP**<br>**Ideal Electric, Inc**<br>**2090 J & C Blvd**<br>**Naples, Fl 34109** | | H | DATE INCURRED:   **12/2008**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $4,664.00 |
| **Representing:**<br>**Ideal Electric, Inc** | | | **Robert E. Tardif, Jr.**<br>**8695 College Pkwy, Suite 1220**<br>**Fort Myers, FL 33919** | | | | **Notice Only** |

Sheet no. ___**14**___ of ___**35**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal >   |   $35,736.00

                                       Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason F McLendon**                                Case No. _____
        **Tanya R McLendon**                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**In Balance, Inc**<br>**2154 Trade Center Way**<br>**Naples, Fl 34169** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $2,719.00 |
| ACCT #:<br>**Innovative Trade Solutions, Inc**<br>**8118 Aimeria Rd**<br>**Fort Myers, FL 33912** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $12,215.00 |
| ACCT #:  **1330210**<br>**Intl Collection Srve**<br>**255 South Tamiami Trail**<br>**P. O. Box 1308**<br>**Nokomis, FL  34274** | | W | DATE INCURRED:      **01/2008**<br>CONSIDERATION:<br>**Collecting for -Toni A. Butler, Atty**<br>REMARKS: | | | | $1,145.00 |
| **Representing:**<br>**Intl Collection Srve** | | | **Toni A. Butler, Atty**<br>**5425 Park Central Ct**<br>**Naples, FL 34109** | | | | **Notice Only** |
| ACCT #:  **0000136861**<br>**Iron Stone Bank**<br>**PO Box 29568**<br>**Raleigh, NC 27626-0568** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders, Inc-spec home** | X | X | | $302,528.00 |
| ACCT #:<br>**J & F Stucco, Inc**<br>**4001 Caloosa Loop**<br>**LaBelle, FL 33935** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $24,390.00 |

Sheet no. ____**15**____ of ____**35**____ continuation sheets attached to                                Subtotal >      $342,997.00

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the

Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**                                    Case No. _____
       **Tanya R McLendon**                                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**J Powell Concrete, Inc**<br>**1506 Tena Ave. S.**<br>**Lehigh Acres, FL 33971** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $2,031.00 |
| ACCT #:  **32**<br>**J.J. F. Construction & Property Mgmt, In**<br>**1204 Ridge St.**<br>**Naples, FL 34103** | | H | DATE INCURRED:    **11/2007**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $5,245.00 |
| ACCT #:<br>**Jeffrey Morrow Soffit & Fascia, Inc**<br>**926 SE 9th St.**<br>**Cape Coral, FL 33990** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**Fisrt Class Builders** | X | X | | $1,235.00 |
| ACCT #:<br>**Jensen Underground**<br>**5585 Taylor Rd.**<br>**Naples, FL** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $133,159.00 |
| ACCT #:<br>**Jerck-Fix-It**<br>**Jarek Freund**<br>**1204 Ridge St.**<br>**Naples, FL 34103** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $5,000.00 |
| ACCT #:  **1373134678365**<br>**Kansas Counselors**<br>**Po Box 14765**<br>**Shawnee Mission, KS 66285-4765** | | W | DATE INCURRED:    **05/2008**<br>CONSIDERATION:<br>**Collecting for -Emergency Phys of Naples**<br>REMARKS: | | | | $275.00 |

Sheet no. ____**16**____ of ____**35**____ continuation sheets attached to                         Subtotal >        $146,945.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                   Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**          Case No. _____
       **Tanya R McLendon**                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing: Kansas Counselors | | | Emergency Physicians of Naples PO Box 160448 Miami, FL 33116-0448 | | | | Notice Only |
| ACCT #:  **1373134434872** Kansas Counselors Po Box 14765 Shawnee Mission, KS 66285 | | W | DATE INCURRED:  **08/2007** CONSIDERATION: **Collecting for -Emergency Phys of Naples** REMARKS: | | | | $264.00 |
| Representing: Kansas Counselors | | | Emergency Physicians of Naples PO Box 160448 Miami, FL 33116-0448 | | | | Notice Only |
| ACCT #:  **1373134301182** Kansas Counselors Po Box 14765 Shawnee Mission, KS 66285 | | W | DATE INCURRED:  **02/2007** CONSIDERATION: **Collecting for -Emergency Phys of Naples** REMARKS: | | | | $89.00 |
| Representing: Kansas Counselors | | | Emergency Physicians of Naples PO Box 160448 Miami, FL 33116-0448 | | | | Notice Only |
| ACCT #:  **1373134434871** Kansas Counselors Po Box 14765 Shawnee Mission, KS 66285 | | W | DATE INCURRED:  **08/2007** CONSIDERATION: **Collecting for -Emergency Phys of Naples** REMARKS: | | | | $89.00 |

Sheet no. ____17____ of ____35____ continuation sheets attached to               Subtotal >        $442.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason F McLendon**                                      Case No. _____
        **Tanya R McLendon**                                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing: Kansas Counselors** | | | **Emergency Physicians of Naples PO Box 160448 Miami, FL 33116-0448** | | | | **Notice Only** |
| ACCT #: **Kenny Baker Well Drilling, Inc 1206 Dunndale St. Lehigh Acres, FL 33936** | | H | DATE INCURRED: CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders** | X | X | | $9,990.00 |
| ACCT #: **Kunstler Stone, Inc 6166 Janes Lane Naples, FL 34109** | | H | DATE INCURRED: CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders** | X | X | | $7,968.00 |
| ACCT #: **LaBelle Electric PO Box 904 LaBelle, FL 33875** | | H | DATE INCURRED: CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders** | X | X | | $4,360.00 |
| ACCT #: **Land Investment Services, Inc 21430 Palm Beach Blvd. Alva, FL 33920** | | H | DATE INCURRED: CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders** | X | X | | $2,330.00 |
| ACCT #:  **94828** **Law Offices of Sprechman & Assoc, PA 2775 Sunny Isles Blvd, Suite 100 Miami, FL 33160-4007** | | H | DATE INCURRED:  **4/2008** CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders RE: Allied Building Products** | X | X | | $40,044.00 |

Sheet no. ____**18**____ of ____**35**____ continuation sheets attached to       Subtotal >       **$64,692.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**                                       Case No. _____
       **Tanya R McLendon**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**LCEC**<br>**Po Box 3455**<br>**North Fort Myers, FL 33918-3455** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $1,355.00 |
| ACCT #:<br>**Lee County BOCC**<br>**PO Box 398**<br>**Fort Myers, FL 33901** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $175.00 |
| ACCT #:<br>**Lehigh Surveying, INc**<br>**1130 E Lee Blvd.**<br>**Naples, Fl** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $761.00 |
| ACCT #:<br>**Lehigh Well & Water Systems, Inc**<br>**PO Box 1412**<br>**Lehigh Acres, FL 33970** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $150.00 |
| ACCT #:<br>**Lester & Lyn Lee**<br>**105 Manor Lake Ct.**<br>**Alpharetta, GA 30004** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Past Rental debt**<br>REMARKS: | | | | $12,537.04 |
| ACCT #:<br>**Matrix Employee Leasing, Inc**<br>**9016 Phillips Hwy**<br>**Jacksonville, FL 32256** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $500.00 |

Sheet no. ____19____ of ____35____ continuation sheets attached to           Subtotal >          **$15,478.04**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                             Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason F McLendon**                                    Case No. _____
      **Tanya R McLendon**                                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Matt's Concrete, INc**<br>**2122 NE 17th St.**<br>**Cape Coral, FL 33909** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $24,948.00 |
| ACCT #:  **g0819000819**<br>**Memorial Hospital**<br>**PO Box 1810**<br>**Gulfport, MS 39502-1810** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $3,546.00 |
| **Representing:**<br>**Memorial Hospital** | | | **Healthcare Financial Assistance, Inc**<br>**PO Box 22669**<br>**Jackson, MS 39225-2669** | | | | **Notice Only** |
| **Representing:**<br>**Memorial Hospital** | | | **Southern Financial Collections**<br>**PO Box 15203**<br>**Hattiesburg, MS 39404** | | | | **Notice Only** |
| ACCT #:  **3270760006254379**<br>**Mid South Credit Bureau**<br>**PO Box 1567**<br>**Paris, TN 38242** | | C | DATE INCURRED:      **07/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $489.00 |
| ACCT #:  **4050760006254537**<br>**Mid South Credit Bureau**<br>**PO Box 1567**<br>**Paris, TN 38242** | | W | DATE INCURRED:      **07/2008**<br>CONSIDERATION:<br>**Collecting for -Med 1, North Collier Hospital**<br>REMARKS: | | | | $83.00 |

Sheet no. ____20____ of ____35____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal >    **$29,066.00**

                                                  Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**                                      Case No.  _____
       **Tanya R McLendon**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **01780-43046**<br>**Mississippi Power**<br>**Po Box 245**<br>**Birmingham, AL 35201-0245** | | H | DATE INCURRED:  **8/2008**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders, Inc.** | X | X | | $427.00 |
| ACCT #:<br>**Moon Plumbing**<br>**1402 Gerald Ave.**<br>**Lehigh Acres, FL 33972** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $1,970.00 |
| ACCT #:<br>**Morris-Depew Assoc, Inc**<br>**2216 Altamont Ave.**<br>**Fort Myers, FL 33901** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $3,502.00 |
| ACCT #:<br>**Morrison & Caudill**<br>**9010 Strada Stell Ct**<br>**Naples, FL 34109** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $24,318.00 |
| ACCT #:<br>**Mouser & Mouser, PA**<br>**1032 9th St. N**<br>**St. Petersburg, FL 33705** | | H | DATE INCURRED:  **2/2008**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders**<br>**RE: Monies due Cox Lumber Co** | X | X | | $505.00 |
| ACCT #:  **06254379**<br>**MSCB, Inc**<br>**PO Box 1567**<br>**Paris, TN 38242-1567** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -N Collier Hospital**<br>REMARKS: | | | | $572.55 |

Sheet no.  ___21___  of  ___35___  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$31,294.55**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason F McLendon**                                      Case No. _____
        **Tanya R McLendon**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  03596080<br>**MSCB, Inc**<br>**PO Box 1567**<br>**Paris, TN 38242-1567** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -N. Collier Hospital**<br>REMARKS: | | | | $1,443.00 |
| ACCT #:<br>**Myers Drywell, Inc**<br>**2435 George Ave. S**<br>**Lehigh Acres, FL 33971** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $24,318.00 |
| ACCT #:  81128350724<br>**Naples Diagnostic Imaging Cntr**<br>**PO Box 8659**<br>**Naples, FL 34101** | | W | DATE INCURRED:      **6/2006**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $304.00 |
| ACCT #:<br>**Naples Permitting, INc**<br>**3512 Radio Rd.**<br>**Naples, FL 34109** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $1,822.00 |
| ACCT #:  07400865403<br>**Naples Radiologists, PA**<br>**PO Box 102539**<br>**Atlanta, GA 30368-2539** | | W | DATE INCURRED:      **3/2008**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS:<br>**Cole M McLendon, patient** | | | | $142.00 |
| **Representing:**<br>**Naples Radiologists, PA** | | | **Business Revenue Systems, Inc**<br>**PO Box 13077**<br>**Des Moines, IA 50310-0077** | | | | **Notice Only** |

Sheet no. ____**22**____ of ____**35**____ continuation sheets attached to                          Subtotal >   | $28,029.00 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**                     Case No. _____

      **Tanya R McLendon**                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **9451-100656**<br>**National Fitness Financial**<br>**Adv Collections Dept**<br>**PO Box 224**<br>**Roy, UT 84067-0224** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Gold's Gym-Naples**<br>REMARKS: | | | | $463.00 |
| ACCT #:  **7401268201**<br>**NCH Health Care System**<br>**PO Box 404903**<br>**Atlanta, Ga 30384-4903** | | H | DATE INCURRED:    **10/2008**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS:<br>**Alyssa D McLendon** | | | | $388.00 |
| ACCT #:  **7400865403**<br>**NCH Health Care System**<br>**PO Box 404903**<br>**Atlanta, Ga 30384-4903** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS:<br>**Cole M McLendon** | | | | $1,124.00 |
| ACCT #:  **7400538281**<br>**NCH Health Care System**<br>**PO Box 404903**<br>**Atlanta, Ga 30384-4903** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $489.00 |
| ACCT #:  **898021413590**<br>**NCO Financial Systems**<br>**PO Box 17080**<br>**Wilmington, DE 19850-7080** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Bank of America**<br>REMARKS: | | | | $176.00 |
| ACCT #:  **062126R**<br>**NCO Financial Systems, Inc**<br>**PO Box 182965**<br>**Columbus, OH 43218-2965** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders, Inc**<br>**RE: Zeno Office Solutions - Ref #FM0224** | X | X | | $869.00 |

Sheet no. ____**23**____ of ____**35**____ continuation sheets attached to           Subtotal >      **$3,509.00**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                Total >

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the**

**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**            Case No. _____
       **Tanya R McLendon**                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Nezmar Contractors Services, Inc**<br>**5649 2nd St. W**<br>**Lehigh Acres, FL 33971** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $925.00 |
| ACCT #:<br>**Olive Pest Control**<br>**2049 23rd St. SW**<br>**Naples, Fl 34117** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $952.00 |
| ACCT #:<br>**Osprey-Gulf Shore Building Materials**<br>**4328 Domestic Ave.**<br>**Naples, FL 34104** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $19,385.00 |
| ACCT #:  **FIRS-42**<br>**Oswald Trippe & Company, Inc**<br>**4089 Tamiami Trail N A203**<br>**Naples, FL 34103** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $3,293.00 |
| ACCT #:  **Firs-42**<br>**Oswald Trippe & Company, Inc**<br>**4089 Tamiami Trail N A203**<br>**Naples, FL 34103** | | H | DATE INCURRED:  **6/2008**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $4,143.00 |
| ACCT #:<br>**Overhead Door Co**<br>**2325 Crystal Dr.**<br>**Fort Myers, FL 33907** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $6,646.00 |

Sheet no. ___24___ of ___35___ continuation sheets attached to          Subtotal >          **$35,344.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason F McLendon**                                    Case No. _____
        **Tanya R McLendon**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Platinum Contracting, Inc**<br>**5580 8th St. W**<br>**Lehigh Acres, FL 33971** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $8,334.00 |
| ACCT #:<br>**Porter Paint**<br>**2403 Trade Center Way, Suite 1**<br>**Naples, Fl 34109** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $1,969.00 |
| ACCT #:  **5490351999158192**<br>**Portfolio Rc**<br>**Attn: Bankruptcy**<br>**PO Box 9204**<br>**Old Bethpage, NY 11804** | | W | DATE INCURRED:    **03/2008**<br>CONSIDERATION:<br>**Collecting for -MBNA/Bank of America**<br>REMARKS: | | | | $11,105.00 |
| **Representing:**<br>**Portfolio Rc** | | | **Portfolio Recovery Associates, LLC**<br>**P. O. Box 12914**<br>**Norfolk VA 23541-0000** | | | | **Notice Only** |
| ACCT #:<br>**Portor, Wright, Morris & Arthur, LLP**<br>**5801 Pelican Bay Blvd., Suite #300**<br>**Naples, FL 34108** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **240093**<br>**Professional Adjustment Corp.**<br>**14410 Metropolis Ave.**<br>**Ft. Myers, FL  33912-4341** | | W | DATE INCURRED:    **8/2008**<br>CONSIDERATION:<br>**Collecting for - Black Belt Academy**<br>REMARKS:<br>**Cole, Alyssa, Savannah** | | | | $1,590.00 |

Sheet no. ____**25**____ of ____**35**____ continuation sheets attached to                         Subtotal >                 **$22,998.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                                    **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**                                    Case No. _____
       **Tanya R McLendon**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Q. Grady Minor & Assoc. PA**<br>**3800 Via Del Ray**<br>**Bonita Springs, FL 34134** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $2,032.00 |
| ACCT #:<br>**Quattrone & Assoc, Inc**<br>**11000 Metro Pkwy**<br>**Fort Myers, FL 33912** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $40,000.00 |
| ACCT #:<br>**R & P Property Management**<br>**265 Airport Rd S**<br>**Naples, FL 34104** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $4,033.00 |
| ACCT #:<br>**R W Ellis construction Company, Inc**<br>**12480 Gateway Greens Dr.**<br>**Fort Myers, FL 33913** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $960.00 |
| ACCT #:  **707**<br>**Ramsey, Inc**<br>**2631 4th St. NW**<br>**Naples, FL 34120** | | H | DATE INCURRED:    **7/2007**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders**<br>**RE: 8th St SE, Sisco Lot** | X | X | | $200.00 |
| ACCT #:  **690**<br>**Ramsey, Inc**<br>**2631 4th St. NW**<br>**Naples, FL 34120** | | H | DATE INCURRED:    **5/2007**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders**<br>**RE: 8th St SE, Sisco lot** | X | X | | $250.00 |

Sheet no. ___26___ of ___35___ continuation sheets attached to                        Subtotal >              $47,475.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      Total >
                                            (Use only on last page of the completed Schedule F.)
                                            (Report also on Summary of Schedules and, if applicable, on the
                                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**                                    Case No. _____
       **Tanya R McLendon**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **691**<br>**Ramsey, Inc**<br>**2631 4th St. NW**<br>**Naples, FL 34120** | | H | DATE INCURRED:     **1/2007**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders**<br>**RE: 4th Ave NE - McLendon septic** | X | X | | $750.00 |
| ACCT #:  **636**<br>**Ramsey, Inc**<br>**2631 4th St. NW**<br>**Naples, FL 34120** | | H | DATE INCURRED:     **8/2006**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders**<br>**RE: 8th St SE, Sisco Lot** | X | X | | $600.00 |
| ACCT #:<br>**Res Calc**<br>**616 96th Ave. N**<br>**Naples, Fl 34108** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $634.00 |
| ACCT #:<br>**Rew Materials**<br>**1615 Trade Center Way**<br>**Naples, Fl 34109** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $160.00 |
| ACCT #:<br>**River City IRR & Land**<br>**401 Skylark Lane, NW**<br>**Port Charlotte, FL 33952** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $47,764.00 |
| ACCT #:<br>**RLK**<br>**3340 21st Ave. SW**<br>**Naples, FL 34117** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $47,840.00 |

Sheet no. ____27____ of ____35____ continuation sheets attached to                    Subtotal >    **$97,748.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**                                    Case No. _____
        **Tanya R McLendon**                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **202113**<br>**Ross Lanier & Deifik, PA**<br>**599 9th St. N, Suite 300**<br>**Naples, FL 34102** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $8,030.00 |
| ACCT #:<br>**Rost Reprographics, Inc**<br>**5580 8th St. W, Suite #9**<br>**Lehigh Acres, FL 33971** | | H | DATE INCURRED:       **2006**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $2,421.00 |
| ACCT #:  **9794597**<br>**RPM**<br>**PO Box 4006**<br>**Bothell, WA 98041-4006** | | H | DATE INCURRED:       **2/2008**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders, Inc**<br>**RE: Sprint LD Comm, acct #925592365** | X | X | | $20.00 |
| **Representing:**<br>**RPM** | | | **Harvard Collection Services, Inc**<br>**4839 N Elston Ave.**<br>**Chicago, IL 60630-2534** | | | | **Notice Only** |
| ACCT #:  **5721111**<br>**Ruben Sorhegui Tile Distributor**<br>**3876 Mercantile Ave., Suite #1**<br>**Naples, FL 34104-3314** | | H | DATE INCURRED:       **2007**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $475.00 |
| ACCT #:  **99556251191000720021206**<br>**Sallie Mae**<br>**Attn: Claims Dept**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773** | | W | DATE INCURRED:       **12/2002**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $11,756.00 |

Sheet no. ____**28**____ of ____**35**____ continuation sheets attached to                          Subtotal >                    | $22,702.00 |

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason F McLendon**                                    Case No. _____
        **Tanya R McLendon**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **10443**<br>**Salvatori & Wood**<br>**Northern Trust Bank Building**<br>**4001 Tamiami Trail N, Suite 330**<br>**Naples, FL 34103** | | H | DATE INCURRED:  **8/2007**<br>CONSIDERATION:<br>**Business Debt=personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $3,705.00 |
| ACCT #:<br>**Sanovis Bank**<br>**8850 Tamiami Trail**<br>**Naples, FL 34109** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**Sharp Investment, LLC** | X | X | | $600,000.00 |
| ACCT #:<br>**Sanovis Bank (First FL Bank)**<br>**8850 Tamiami Trail**<br>**Naples, Fl 34109** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**Alico  Eleven** | X | X | | $2,500,000.00 |
| ACCT #:<br>**Scott Paint**<br>**7839 Fruitville Rd**<br>**Sarasota, FL 34240** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $9,788.00 |
| ACCT #:<br>**Sears Commercial One**<br>**PO Box 689131**<br>**Des Moines, IA 50368-9131** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $14,297.00 |
| ACCT #:  **178-0699**<br>**Sherwin-Williams Co**<br>**214 Highway 90**<br>**Waveland, MS 39576-2621** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $48.00 |

Sheet no. _____**29**_____ of _____**35**_____ continuation sheets attached to                                    Subtotal >    $3,127,838.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**                                        Case No. _____
      **Tanya R McLendon**                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Shoreline Flooring Supplies**<br>**3406 Dean St**<br>**Naples, FL 34104** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $314.00 |
| ACCT #:<br>**Smart Choice Electric, INc**<br>**711 Everglades Blvd, N**<br>**Naples, FL 34120** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $300.00 |
| ACCT #:  **F0600**<br>**Smith & DeShields, Inc**<br>**2360 Trade Center Way**<br>**Naples, FL 34109** | | H | DATE INCURRED:  **3/2008**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $1,172.00 |
| ACCT #:  **596800**<br>**So. Miss. Business Machines of Gpt, Inc**<br>**PO Box 697**<br>**Gulfport, MS 39502** | | H | DATE INCURRED:  **3/2008**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $1,833.00 |
| ACCT #:  **1033393**<br>**Statewide Security of FL, Inc**<br>**5567 Taylor Rd, Suite 16**<br>**Naples, FL 34109** | | H | DATE INCURRED:  **12/2007**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $648.00 |
| ACCT #:<br>**Stock Building Supply**<br>**3601 Work Dr.**<br>**Fort Myers, Fl 33916** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $4,203.00 |

Sheet no. ____**30**____ of ____**35**____ continuation sheets attached to             **Subtotal >**        **$8,470.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                  **Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**                                          Case No. _____
       **Tanya R McLendon**                                                                (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **80918**<br>**Stone Age Pavers, Inc**<br>**205 NW 12th Ave.**<br>**Pompano Beach, FL 33069** | | H | DATE INCURRED:  **5/2007**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders, Inc.** | X | X | | $3,366.00 |
| ACCT #:<br>**Sun Realty**<br>**3757 Tamiami Trail N**<br>**Naples, FL 34103** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $647.00 |
| ACCT #:<br>**Sunbelt Rentals**<br>**PO Box 409211**<br>**Atlanta, GA 30384** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $1,100.00 |
| ACCT #:  **41589**<br>**Suncoast Cu**<br>**Attn: Col 002**<br>**PO Box 11829**<br>**Tampa, FL 33680** | | W | DATE INCURRED:  **09/2003**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS:<br>**acct closed by grantor**<br>**1999 Ford Expedition** | | | | $0.00 |
| ACCT #:  **460819000053**<br>**Suncoast Cu**<br>**Attn: Col 002**<br>**PO Box 11829**<br>**Tampa, FL 33680** | | H | DATE INCURRED:  **09/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $8,141.00 |
| **Representing:**<br>**Suncoast Cu** | | | **Suncoast Schools Federal Credit Union**<br>**P. O. Box 11904**<br>**Tampa, FL  33680-1904** | | | | **Notice Only** |

Sheet no. ____**31**____ of ____**35**____ continuation sheets attached to                                          Subtotal >            **$13,254.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                              Total >
                                                                    **(Use only on last page of the completed Schedule F.)**
                                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason F McLendon**                                      Case No. _____
              **Tanya R McLendon**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing: Suncoast Cu | | | University Fidelity, LP PO Box 941911 Houston, TX 77094-8911 | | | | **Notice Only** |
| ACCT #: **470115600040** Suncoast Cu Attn: Col 002 PO Box 11829 Tampa, FL 33680 | | W | DATE INCURRED: **09/2003** CONSIDERATION: **Credit Card** REMARKS: | | | | **$4,554.00** |
| Representing: Suncoast Cu | | | University Fidelity, LP PO Box 941911 Houston, TX 77094-8911 | | | | **Notice Only** |
| ACCT #: **4158910** Suncoast Schools Federal Credit Union P. O. Box 11904 Tampa, FL 33680-1904 | | W | DATE INCURRED: CONSIDERATION: **Negative Savings Balance** REMARKS: | | | | **$93.70** |
| ACCT #: SWFL Vinyl Soffit, Inc 1122 Canton Ave. Lehigh Acres, FL 33972 | | H | DATE INCURRED: CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders** | X | X | | **$2,295.00** |
| ACCT #: T & M Portable Restrooms, Inc PO Box 610 LaBelle, FL 33975 | | H | DATE INCURRED: CONSIDERATION: **Business Debt-personally guaranteed** REMARKS: **First Class Builders** | X | X | | **$1,952.00** |

Sheet no. ___32___ of ___35___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$8,894.70**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**                                      Case No. _____
       **Tanya R McLendon**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **The Cabinet Shop Lee County** <br> **2550 Edison Ave.** <br> **Fort Myers, FL 33901** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt-personally guaranteed** <br> REMARKS: <br> **First Class Builders** | X | | | $77,774.00 |
| ACCT #: <br> **The Learning Tree** <br> **875 108th Ave. N** <br> **Naples, FL 34108** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **education** <br> REMARKS: | | | | $972.00 |
| ACCT #: <br> **The McMorrow Law Firm, PA** <br> **Poinciana Professional Park** <br> **2590 Golden Gate Pkwy** <br> **Naples, FL 34105** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: <br> **First Class Builders** | | | | $0.00 |
| ACCT #: <br> **The Paint Authority, INc** <br> **3915 Double J Acres Blvd.** <br> **Alva, FL 33920** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt-personally guaranteed** <br> REMARKS: <br> **First Class Builders** | X | X | | $2,932.00 |
| ACCT #:   **FIRCLA** <br> **The Tile Market of Ft Myers** <br> **11771 Metro Pkwy** <br> **Fort Myers, FL 33912** | | H | DATE INCURRED:   **2006** <br> CONSIDERATION: <br> **Business Debt-personally guaranteed** <br> REMARKS: <br> **First Class Builders** | X | X | | $6,565.00 |
| ACCT #: <br> **Thompson INc. of SW FL** <br> **1121 Gretchen Ave.** <br> **Lehigh Acres, FL 33971** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt-personally guaranteed** <br> REMARKS: <br> **First Class Builders** | X | X | | $4,826.00 |

Sheet no. ____33____ of ____35____ continuation sheets attached to                                    **Subtotal >**     $93,069.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                       **Total >**
                                                          **(Use only on last page of the completed Schedule F.)**
                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason F McLendon**                                    Case No. _____
       **Tanya R McLendon**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Timo Brothers, INc**<br>**8881 Terrene Ct.**<br>**Bonita Springs, FL 34135** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $23,749.00 |
| ACCT #:<br>**Treasure Tile, INc**<br>**2097 Trade Center Way**<br>**Naples, FL 34109** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $760.00 |
| ACCT #:<br>**Trimworks Unlimited, Inc**<br>**1718 Englewood Ave.**<br>**Lehigh Acres, FL 33972** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $4,835.00 |
| ACCT #:<br>**Tropic Floors, Inc**<br>**1527 SE 47th Terr.**<br>**Cape Coral, Fl 33904** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | | | $13,819.00 |
| ACCT #:  **11062969002124**<br>**TRS Recovery Services, Inc**<br>**PO Box 60012**<br>**City of Industry, CA 91716-0012** | | W | DATE INCURRED:    **2006**<br>CONSIDERATION:<br>**Collecting for -Gordon S. Jewelers**<br>REMARKS: | | | | $497.00 |
| ACCT #:  **146112501**<br>**United Collection Bureau, Inc**<br>**PO Box 140190**<br>**Toledo, OH 43614** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -BB&T Bank & Trust**<br>REMARKS: | | | | $460.00 |

Sheet no. ___34___ of ___35___ continuation sheets attached to                    Subtotal >         **$44,120.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                                          (Use only on last page of the completed Schedule F.)
                                   (Report also on Summary of Schedules and, if applicable, on the
                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason F McLendon**                                        Case No. _____
        **Tanya R McLendon**                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **757598**<br>**Val Wilson Termite Systems, Inc**<br>**Payment Processing Center**<br>**13509 Prestige PL**<br>**Tampa, FL 33635-9619** | | H | DATE INCURRED:    **11/2007**<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $125.00 |
| ACCT #:<br>**Visions Millwork, INc**<br>**2900 Hunter St.**<br>**Fort Myers, FL 33916** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $536.00 |
| ACCT #:<br>**West Coast Insulation of Central FL**<br>**251 Commerical Crt**<br>**Sebring, FL 33876** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $1,653.00 |
| ACCT #:<br>**Williams Scotsman**<br>**PO Box 91975**<br>**Chicago, IL 60693-1975** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $1,357.00 |
| ACCT #:<br>**YJ Electric**<br>**2410 8th ST NE**<br>**Naples, FL 34120** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt-personally guaranteed**<br>REMARKS:<br>**First Class Builders** | X | X | | $1,515.00 |
| ACCT #:<br>**Zeno Office Solutions**<br>**PO Box 23687**<br>**Tampa, FL 33623** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**First Class Builders** | | | | $0.00 |

Sheet no. ____35____ of ____35____ continuation sheets attached to      **Subtotal >**      **$5,186.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**      **$16,346,390.91**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Jason F McLendon**                                            Case No. _____
    **Tanya R McLendon**                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Jason F McLendon**                                          Case No. _____
       **Tanya R McLendon**                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re **Jason F McLendon**                                      Case No. _____
     **Tanya R McLendon**                                                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Son<br>Daughter<br>Daughter | Age(s): 4<br>3<br>3 | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse (# of additional employers: 1) |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | unemployed | Dental Hygentist<br>Linden Dental, PA<br><br>5628 Starnd Blvd, B-7<br>Naples, FL 34110-0777 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1.   Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $2,428.83 |
| 2.   Estimate monthly overtime | $0.00 | $0.00 |
| 3.   SUBTOTAL | **$0.00** | **$2,428.83** |
| 4.   LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $84.50 |
|     b. Social Security Tax | $0.00 | $150.58 |
|     c. Medicare | $0.00 | $35.23 |
|     d. Insurance | $0.00 | $0.00 |
|     e. Union dues | $0.00 | $0.00 |
|     f. Retirement | $0.00 | $0.00 |
|     g. Other (Specify) _____ | $0.00 | $0.00 |
|     h. Other (Specify) _____ | $0.00 | $0.00 |
|     i. Other (Specify) _____ | $0.00 | $0.00 |
|     j. Other (Specify) _____ | $0.00 | $0.00 |
|     k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.   SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$270.31** |
| 6.   TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | **$2,158.52** |
| 7.   Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8.   Income from real property | $0.00 | $0.00 |
| 9.   Interest and dividends | $0.00 | $0.00 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or<br>     that of dependents listed above | $0.00 | $0.00 |
| 11.  Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12.  Pension or retirement income | $0.00 | $0.00 |
| 13.  Other monthly income (Specify): | | |
|     a._____ / 2nd Job | $0.00 | $390.01 |
|     b._____ | $0.00 | $0.00 |
|     c._____ | $0.00 | $0.00 |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$390.01** |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$0.00** | **$2,548.53** |
| 16.  COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$2,548.53** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6I (Official Form 6I) (12/07)

In re **Jason F McLendon**
      **Tanya R McLendon**

Case No. _____
                      (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
*Continuation Sheet No. 1*

**Additional Employment**

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | | Dental Hygentist<br>Steven L. Knepper, DDS<br><br>21301 S Tamiami Trail #350<br>Eslero, FL33928 |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | | |

B6J (Official Form 6J) (12/07)

IN RE:   **Jason F McLendon**                                     Case No. _____
         **Tanya R McLendon**                                            (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,500.00 |
|    a. Are real estate taxes included?    ☐ Yes   ☒ No | |
|    b. Is property insurance included?    ☐ Yes   ☒ No | |
| 2. Utilities:   a. Electricity and heating fuel | $300.00 |
|             b. Water and sewer | $100.00 |
|             c. Telephone | $0.00 |
|             d. Other:   Cable/Internet | $130.00 |
| 3. Home maintenance (repairs and upkeep) | $0.00 |
| 4. Food | $800.00 |
| 5. Clothing | $75.00 |
| 6. Laundry and dry cleaning | $50.00 |
| 7. Medical and dental expenses | $200.00 |
| 8. Transportation (not including car payments) | $530.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $165.00 |
| 10. Charitable contributions | $0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | |
|          b. Life | |
|          c. Health | |
|          d. Auto | $350.00 |
|          e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto:    Car Payments | $562.00 |
|          b. Other: | |
|          c. Other: | |
|          d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other:  See attached personal expenses | $1,815.00 |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$6,577.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $2,548.53 |
| b. Average monthly expenses from Line 18 above | $6,577.00 |
| c. Monthly net income (a. minus b.) | ($4,028.47) |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

IN RE:    **Jason F McLendon**                                              CASE NO
          **Tanya R McLendon**

                                                                           CHAPTER    **7**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| personal care | **$70.00** |
| diapers | **$100.00** |
| tax preperation | **$50.00** |
| postage | **$10.00** |
| bank charges | **$60.00** |
| day care expenses | **$1,250.00** |
| child care/babysitters | **$150.00** |
| student loans | **$100.00** |
| Professional Dues | **$25.00** |
| **Total >** | **$1,815.00** |

B6 Summary (Official Form 6 - Summary) (12/07)

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

In re  **Jason F McLendon**                                        Case No.
       **Tanya R McLendon**

                                                          Chapter       **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.
Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $456,662.70 | | |
| B - Personal Property | Yes | 5 | $14,017.06 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $1,654,674.70 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | $16,346,390.91 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $2,548.53 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $6,577.00 |
| TOTAL | | 54 | $470,679.76 | $18,001,065.61 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

In re  **Jason F McLendon**                                    Case No.
       **Tanya R McLendon**

Chapter   **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$11,756.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$11,756.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$2,548.53** |
| Average Expenses (from Schedule J, Line 18) | **$6,577.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$4,294.64** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$1,204,674.70** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$16,346,390.91** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$17,551,065.61** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Jason F McLendon**                                        Case No. _____
      **Tanya R McLendon**                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **56** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **02/18/2009** _____          Signature   **/s/ Jason F McLendon** _____
                                                   *Jason F McLendon*


Date  **02/18/2009** _____          Signature   **/s/ Tanya R McLendon** _____
                                                   *Tanya R McLendon*

                                                 [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:   **Jason F McLendon**                          Case No.  _____
         **Tanya R McLendon**                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$20,959.00** | **2007 tax year wages for wife,  line 7 - $20,959** |
| **$57,011.68** | **2008 YTD income: $57,011.68**<br>**Linden Dental - $26,802.50**<br>**Steven Knepper, DDS - $9,486.51**<br>**University Dental - $18,722.67**<br>**Caroyln McLendon - $2,000** |
| **$5,283.86** | **2009 YTD income: $5,283.86**<br>**Linden Dental - $2,289.50**<br>**Steven Knepper, DDS - $2,994.36** |

---

**2. Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

c.  All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:    **Jason F McLendon**                                    Case No. _____
          **Tanya R McLendon**                                                (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☐

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Bank National Assoc, as trustee for the C-Bass Mortgage LOan asset-backed certificates 2006-CB5 vs Jason F McLendon; Tanya R. McLendon case #07-CA-2470** | **foreclosure** | **20th Judicial Circuit Court of Collier County FL Naples, FL** | **Final judgement dated 10/29/08 for plaintiff, sale set for 2/18/2009** |
| **A & A Truck Brokers, Inc vs First Class Builders, Inc case 08-CC-001679** | **Civil Action** | **20th Judicial Circuit Court of Lee County FL Fort Myers, FL** | **Final Judgement dated 8/1/08** |
| **3573 Enterprise Condominium Assoc, Inc vs First Class Builders, Inc case #07-CC-2348** | **Stipulation for settlement** | **20th Judicial Circuit Court of Collier County Fl Naples, FL** | **for plaintiff $8896.70** |
| **Delta Industries, Inc vs First Class Builders, LLC; Jason McLendon & Mark Penna case #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** | **Civil Action/Breach of Contract** | **County Court of Hinds County, Mississippi Furst Judicial District Pass Christian, MS** | **pending** |
| **Carter Fence Company, Inc vs First Class Builders, Inc case #08-CC-259** | **complaint** | **20th Judicial Circuit Court of Collier County FL Naples, FL** | **final judgement in favor of plaintiff for $14,131** |
| **First Florida Bank vs Sharp Investments, LLC; Jason McLendon; Mark E. Blair and Quattrone & Assoc, Inc case #08-CA-239** | **complaint & foreclosure** | **20th Judicial Circuit Court of Hendry County FL LaBelle, FL** | **pending** |
| **J & F Dry Wall & Stucco, Inc vs First Class Builders, Inc case #07-CC-791** | **complaint** | **20th Judicial Circuit Court of Hendry County FL LaBelle, FL** | **Judgemenf for plaintiff for $14,753.80** |
| **Lester and Lynn Lee vs Tanya McLendon case #08-CC-2442** | **debt owed** | **20th Judicial Circuit Court of Collier County FL Naples, FL** | **final judgement for plaintiff for $9,900 + 11 % per year interest and attorneys fees of $2,750** |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:   Jason F McLendon                                    Case No. _____
         Tanya R McLendon                                                (if known)

**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 2*

| | | | |
|---|---|---|---|
| Ironstone Bank<br>vs<br>First Class Builders, Inc a FL corp.;Jason F. McLendon; Tanya R. McLendon; Cemex, Inc; Causway Lumber Company, Inc; Tropic Floor, Inc; The Paint Authority, INc; Matt's Concrete, Inc.<br>case #07-CA- | foreclosure on 5 parcels in Hendry Co | 20th Judicial Circuit Court of Hendry County FL<br>LaBelle, FL | for plaintiff |
| Bank of Florida-Southwest f/k/a Bank of Florida, NA<br>vs<br>First Class Builers, INc,; First Class Cleaners of SW FL, Inc,; JC-1 Condominium Assoc, INc; Causeway Lumber Company, Inc; Cox Lumber, Co<br>case #07-CA-3553 | foreclosure | 20th Judicial Court of Collier County FL<br>Naples, FL | for plaintiff |

None ☐   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| Circuit Court of Collier County, Fl<br>3301 E Tamiami Trail<br>Naples, FL 34112 | 6/2008 | Garnishment #072470CA in the amount of $3,828. Regions Bank placed holds on checking account #'s 79680348 & 81609124 per court order |

**5. Repossessions, foreclosures and returns**

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

In re:    **Jason F McLendon**                                  Case No. _____
          **Tanya R McLendon**                                                   (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**7. Gifts**

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Phoenix Law PA** **12800 University Drive** **Suite 260** **Fort Myers, Florida 33907** | **10/21/08 - $600** **2/13/08 - $700** | **$1,929** |

---

**10. Other transfers**

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Carolyn McLendon-mother** | | **$120,000** **3381 Timberwood Cir** **Naples, FL 34108** **gave home to mother, she refinanced it into her name-  foreclosed, sale in a couple weeks** |

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:  **Jason F McLendon**                                        Case No. _____
        **Tanya R McLendon**                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None
☐

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Regions Bank | checking 9124 -0- | 2007  - $39.73 |
| Bank of FL<br>Immokalee Rd<br>Naples, FL | | safe deposit box |
| Bank of America | checking -his #3590  -0-<br>checking-hers  -0- | 12/9/08 - $145.48<br>6/9/08 - $-0- |

---

None
☑

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

---

None
☐

**15. Prior address of debtor**

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 211 Fernwood Dr.<br>Pass Christian, MS 39571 | Jason McLendon | 6/2007 - 6/2008 |
| 29 Scott Station Cove<br>Long Beach, MS  39560 | Jason McLendon | 6/2008 -<br>present |
| 7124 Lemuria Cr, Unit 603<br>Naples, FL 34109 | Tanya McLendon | 11/2007 -<br>11/2008 |
| 15831 Delasol Lane<br>Naples, FL 34110 | Jason & Tayna McLendon | 2002 - 2009 |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:  **Jason F McLendon**                                            Case No.  _____
        **Tanya R McLendon**                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☑  ## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None ☐  ## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **First Class Builders, Inc**<br>**7071 Sugar Magnolia Cr.**<br>**Naples, FL 34109**<br>**EIN #74-3228572** | **construction** | **2/2006- 8/2007**<br>**no longer doing**<br>**business** |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:   **Jason F McLendon**                           Case No.   _____
         **Tanya R McLendon**                                              (if known)

**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 6*

| | | |
|---|---|---|
| **Alico Eleven, LLC**<br>**EIN #20-3360046** | **develop a business park and sell off the units** | **9/2006 - 8/2007** |
| **Alico Business Park, LLC** | **Develop a business park and sell off units** | **2/2006 - 8/2007** |
| **Sharp Investments, LLC**<br>**EIN #20-5286622** | **Develop a 3 building mixed use project on one city block of LaBelle, FL** | **8/2006 - 3/2007** |
| **LA, LLC**<br>**20-3164611** | **Pre-sale and build/develop 48 townhouses** | **1/2006 - 1/2007** |
| **Olde Naples Investments, LLC**<br>**2220 J & C Blvd, Suite #3**<br>**Naples, FL 34109**<br>**EIN #74-3179242** | **Buy and develop property and sell for profit** | **5/2006 - 8/2007** |

None ☑   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None ☑   a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑   b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None ☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

### 20. Inventories

None ☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

In re:  **Jason F McLendon**                                   Case No.  _____
      **Tanya R McLendon**                                                         (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

**None**
☑    b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

**None**
☑    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

**None**
☑    b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

**None**
☑    a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

**None**
☑    b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

**None**
☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group

**None**
☑    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

### 25. Pension Funds

**None**
☑    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **02/18/2009**                                     Signature     **/s/ Jason F McLendon**
                                        of Debtor     ***Jason F McLendon***

Date  **02/18/2009**                                     Signature     **/s/ Tanya R McLendon**
                                        of Joint Debtor     ***Tanya R McLendon***
                                    (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

IN RE:  **Jason F McLendon**                                        CASE NO
        **Tanya R McLendon**
                                                                    CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>Bank Of America<br>Attn: Bankruptcy NC4-105-02-77<br>PO Box 26012<br>Greensboro, NC 27410<br>63010004058632 | **Describe Property Securing Debt:**<br>2005 Dodge Ram SLT |

Property will be (check one):
  ☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
  ☐ Claimed as exempt      ☒ Not claimed as exempt

| Property No.   2 | |
|---|---|
| **Creditor's Name:**<br>Collier County Tax Collector<br>3301 Tamiami Trail East Bldg C-1<br>Naples, FL 34112-4997<br>29820101429 | **Describe Property Securing Debt:**<br>15831 Delasol Lane, Naples, Fl 34110 |

Property will be (check one):
  ☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
  ☐ Claimed as exempt      ☒ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

IN RE:   **Jason F McLendon**                                      CASE NO
       **Tanya R McLendon**

CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No.   3 | |
|---|---|
| **Creditor's Name:**<br>Daytona Beach Regency Assoc, Inc<br>PO Box 863596<br>Orlando, FL 32886-3596<br>1219054 | **Describe Property Securing Debt:**<br>Diamond Resorts International |

Property will be (check one):
   ☑ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
    ☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No.   4 | |
|---|---|
| **Creditor's Name:**<br>Fremont Investment & Loan<br>2727 E. Imperial Hwy<br>Brea, CA 92821<br>6000198479 | **Describe Property Securing Debt:**<br>3381 Timberwood Cr, Naples, FL |

Property will be (check one):
   ☑ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
    ☐ Claimed as exempt   ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

IN RE:   **Jason F McLendon**                                     CASE NO
         **Tanya R McLendon**
                                                                 CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No.   5 | |
|---|---|
| **Creditor's Name:**<br><br>Hendry County Tax Collector<br>Po Box 1780<br>LaBelle, FL 33975-1780<br>02020440150 | **Describe Property Securing Debt:**<br><br>3020 Lady Ln, LaBelle FL |

Property will be (check one):
☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☒ Not claimed as exempt

| Property No.   6 | |
|---|---|
| **Creditor's Name:**<br><br>Hendry County Tax Collector<br>Po Box 1780<br>LaBelle, FL 33975-1780<br>06021900330 | **Describe Property Securing Debt:**<br><br>6027 Kumquat Cir, LaBelle, FL |

Property will be (check one):
☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☒ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

IN RE:   **Jason F McLendon**                                    CASE NO
         **Tanya R McLendon**
                                                                 CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 3*

| Property No.   7 | |
|---|---|
| **Creditor's Name:**<br><br>Hendry County Tax Collector<br>Po Box 1780<br>LaBelle, FL 33975-1780<br>01020330350 | **Describe Property Securing Debt:**<br><br>2061 Montana Cir, LaBelle, FL |

Property will be (check one):
☒ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt          ☒ Not claimed as exempt

| Property No.   8 | |
|---|---|
| **Creditor's Name:**<br><br>Hendry County Tax Collector<br>Po Box 1780<br>LaBelle, FL 33975-1780<br>03020900010 | **Describe Property Securing Debt:**<br><br>5001 Peachtree Cir, LaBelle, FL |

Property will be (check one):
☒ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt          ☒ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

IN RE:   **Jason F McLendon**                                    CASE NO
         **Tanya R McLendon**
                                                                CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 4*

| Property No.   9 | |
|---|---|
| **Creditor's Name:**<br><br>Hendry County Tax Collector<br>Po Box 1780<br>LaBelle, FL 33975-1780<br>09023060080 | **Describe Property Securing Debt:**<br><br>8045 Buttercup Cir, LaBelle, FL |

Property will be (check one):
☒ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt          ☒ Not claimed as exempt

| Property No.   10 | |
|---|---|
| **Creditor's Name:**<br><br>Hendry County Tax Collector<br>Po Box 1780<br>LaBelle, FL 33975-1780<br>02020730120 | **Describe Property Securing Debt:**<br><br>3037 Mignon Cir, LaBelle, FL |

Property will be (check one):
☒ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt          ☒ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

IN RE:  **Jason F McLendon**                                    CASE NO
        **Tanya R McLendon**
                                                               CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 5*

| Property No.   11 | |
|---|---|
| **Creditor's Name:**<br>Hendry County Tax Collector<br>Po Box 1780<br>LaBelle, FL 33975-1780<br>01000270010 | **Describe Property Securing Debt:**<br>170 Oklahoma Ave, LaBelle, FL |

Property will be (check one):
☒ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):


Property is (check one):
☐ Claimed as exempt      ☒ Not claimed as exempt

| Property No.   12 | |
|---|---|
| **Creditor's Name:**<br>Homeq<br>Attn: Bankruptcy Department<br>1100 Corporate Center<br>Raleigh, NC 27607<br>6930325030484 | **Describe Property Securing Debt:**<br>15831 Delasol Lane, Naples, FL 34110 |

Property will be (check one):
☒ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):


Property is (check one):
☐ Claimed as exempt      ☒ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

IN RE:   **Jason F McLendon**                                                    CASE NO
         **Tanya R McLendon**
                                                                                CHAPTER   **7**

**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

*Continuation Sheet No. 6*

| Property No.   13 | |
|---|---|
| **Creditor's Name:**<br>JC-1 Condominium Assoc<br>2220 J & C Blvd, Suite #9<br>Naples, FL 34109-2043<br>First | **Describe Property Securing Debt:**<br>2220 J & C Blvd, #3, Naples, FL 34109 |

Property will be (check one):
☑ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☑ Not claimed as exempt

| Property No.   14 | |
|---|---|
| **Creditor's Name:**<br>Litton Loan Servicing<br>Attention:  Bankruptcy<br>4828 Loop Central Drive<br>Houston, TX 77081<br>15932643 | **Describe Property Securing Debt:**<br>15831 Delasol Lane, Naples, FL 34110 |

Property will be (check one):
☑ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

IN RE:   **Jason F McLendon**                                    CASE NO
         **Tanya R McLendon**
                                                                CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 7*

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

**None**

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or
personal property subject to an unexpired lease.**


Date  02/18/2009                                    Signature   /s/ Jason F McLendon
                                                                *Jason F McLendon*


Date  02/18/2009                                    Signature   /s/ Tanya R McLendon
                                                                *Tanya R McLendon*

B 201 (12/08)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

IN RE:   **Jason F McLendon**
         **Tanya R McLendon**

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.   Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days BEFORE the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2.   The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:   Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law.  Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

IN RE:   **Jason F McLendon**
         **Tanya R McLendon**

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income
### ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**   Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____**Holly A. Bower**_____ , counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Holly A. Bower**
Holly A. Bower, Attorney for Debtor(s)
Bar No.: 0010292
Phoenix Law PA
Phoenix Law PA
12800 University Drive
Suite 260
Fort Myers, Florida 33907
Phone: (239) 333-3800
Fax: (239) 461-0083
E-Mail: hb@corporationcounsel.com

B 201 (12/08)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Page 3

IN RE:   **Jason F McLendon**
         **Tanya R McLendon**

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **Jason F McLendon** | X  **/s/ Jason F McLendon**          **02/18/2009** |
| **Tanya R McLendon** | Signature of Debtor             Date |
| Printed Name(s) of Debtor(s) | X  **/s/ Tanya R McLendon**          **02/18/2009** |
| Case No. (if known) _____ | Signature of Joint Debtor (if any)      Date |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

IN RE:    **Jason F McLendon**
          **Tanya R McLendon**

CASE NO

CHAPTER    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$1,500.00** |
| Prior to the filing of this statement I have received: | **$1,500.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **$299 filing fee**
   **$40 credit counseling**
   **$40 debtor education**
   **$50 credit report**

---

CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **02/18/2009** | **/s/ Holly A. Bower** | |
|---|---|---|
| *Date* | Holly A. Bower | Bar No.  0010292 |
| | Phoenix Law PA | |
| | Phoenix Law PA | |
| | 12800 University Drive | |
| | Suite 260 | |
| | Fort Myers, Florida 33907 | |
| | Phone: (239) 333-3800 / Fax: (239) 461-0083 | |

---

**/s/ Jason F McLendon**                          **/s/ Tanya R McLendon**

*Jason F McLendon*                                 *Tanya R McLendon*

Debtor(s):  **Jason F McLendon**               Case No:                                    **MIDDLE DISTRICT OF FLORIDA**
            **Tanya R McLendon**               Chapter:  **7**                             **FORT MYERS DIVISION**

3573 Enterprise Condominium Ass          All Wireless                          Bank of America
c/o R & P Property Management            1000 Immokalee Rd. #82                 PO Box 45224
265 Airport Rd.                          Naples, FL 34110                       Jacksonville, FL 32232-5224
Naples, FL 34104


3573 Enterprise Condominium Ass          Alliance One Receivables Manage       Bank of America
c/o Property Managment                   PO Box 3102                           P. O. Box 25118
265 Airport Rd.                          Southeastern, PA 19398-3102           Tampa, FL  33622-5118
Naples, FL 34104


A&A Truck Brokers, Inc                   Alltel                                BANK OF AMERICA
6141 Hamilton Dr.                        PO Box 9001905                        PO BOX 1598
Fort Myers, FL 33905                     Louisville, KY 40290-1905             NORFOLD, VA 23501


Able Body Labor                          Alltel Comm                           Bank of Florida
PO Box 30532                             Bankruptcy Group                      1185 Immokalee Rd.
Tampa, FL 33630-3532                     1 Allied Dr B5F03                     Naples, FL 34110
                                         Little Rock, AR 72202


Accurate Hauling, INc                    Alltell                               BCC02 Financial Management Serv
1345 Old Pondella Rd                     PO Box 530533                         PO Box 490537
Cape Coral, FL 33909                     Atlanta, GA 30353-0533                Fort Lauderdale, FL 33349-0537


Acousit Engineering Company of           Antonio J. Perez-Benitoa PA          Berge Buildings & Contracting C
3620 Work Dr.                            900 6th Ave. S., Suite 303            PO Box 151398
Fort Myers, FL 3916                      Naples, FL 34102                      Cape Coral, FL 33915


Action Automatic door & Gate            ASAP Blueprint & Sign Comp            Builders Choice Supply, Inc
11360 Metro Pkwy                         1981 J&C Blvd.                        875 S Elm St.
Fort Myers, FL 33912                     Naples, Fl 34109                      LaBelle, FL 33935


AFCO                                     Attorneys Real Estate Land Surv       Business Revenue Systems, Inc
Dept 0809                                1930 Park Meadow Dr.                  PO Box 13077
Dallas, TX 75312-0809                    Fort Myers, FL 33907                  Des Moines, IA 50310-0077


All City Plumbing, Inc                   B& B Cool Air, Inc                    C R Gillen
17466 E Street                           1511 Gretchen Ave., Suite A           1415 Jefferson Ave.
N. Fort Myers, FL 3391711203             Lehigh Acres, FL 33971               Lehigh Acres, FL 33972


All City Site Development                Bank Of America                       C.A. Land Clearing, INc
17466 E St.                              Attn: Bankruptcy NC4-105-02-77        400 Hendry Isle Blvd
N. Fort Myers, FL 33917                  PO Box 26012                          Clewiston, FL 33440
                                         Greensboro, NC 27410

Debtor(s):  Jason F McLendon
            Tanya R McLendon

Case No:
Chapter: 7

MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Cape Coral Electric, Inc
928 SE 15th Terr.
Cape Coral, FL 33990

Cemex, Inc
1425 E. Wiggins Pass Rd
Naples, FL 34110

Commercial Clean-Up
4305 Exchange Ave.
Naples, FL 34104

Cape Coral Glass & Mirror
873 SE 47th St.
Cape Coral, FL

Certegy Check Services, Inc.
P.O. Box 30046
Tampa, FL 33663

Credit Protection Assoc, LP
13355 Noel Rd
Dallas, TX 75240

Cape Coral Insulation Services
912 SE 9th Terr.
Cape Coral, FL 33990

ChexSystems
Attn: Consumer RElations
7805 Hudson Rd., Suite 100
Woodbury, MN 55125

D. C. Katz Plumbing
901 W Leeland Heights Blvd
Lehigh Acres, FL 33970

Capstone Financial Management, :
PO Box 674257
Marietta, GA 30006-0072

CIT Technology Fin Serv, Inc
21146 Network Place
Chicago, IL 60673

Danny Yates Landscaping, Inc
425 SW Pine Island Rd.
Cape Coral, FL 33991

Carlson Brothers Construction,
19760 Little Lane
Alva, FL 33920

Coastal Locksmith, Inc
1217 E Cape Coral Pkwy
Cape Coral, FL 33904

David Lawrence Center
6075 Bathey Lane
Naples, FL 34116-7536

Carpanez Floor Covering
2116 Earl Rd.
Fort Myers, FL 33901

Cobra Site Development, Inc
11419 Waterford Village Dr.
Fort Myers, FL 33913

Davidson Insulation & Acoustics
PO Box 380939
Murdock, FL 33938

Carter Fence Company
3490 Shearwater St.
Naples, FL 34109

Cochran Construction & Paving C
132 Pollywog Point
LaBelle, FL 33935

Daytona Beach Regency Assoc, In
PO Box 863596
Orlando, FL 32886-3596

Causeway Lumber Company
PO Box 21088
Fort Lauderdale, FL 33335

Coleman, Hazzard & Taylor, PA
2640 Golden Gate Pkwy
Naples, FL 34105

DeBoest, Stockman, Decker,
Broughton & Hagan, PA
1415 Hendry St.
Fort Myers, FL 33901

CCS Medical
14255 49th St. N, Suite #301
Clearwater, FL 33762

Collier County Tax Collector
3301 Tamiami Trail East Bldg C-
Naples, FL 34112-4997

E*LocalLink
130 E Main St.
Granite Building, 1st FL
Rochester, NY 14604

Cemex
PO Box 905875
Charlotte, NC 28290-5875

Comcast
P. O. Box 105184
Atlanta, GA  30348-5184

Edison Plumbing, Inc
PO Box 2765
LaBelle, Fl 33975

Embarq
P.O. Box 96064
Charlotte, NC 28296-0064

Five Star Painting, Inc
4025 24th St. SW
Lehigh Acres, FL 33971

Goodlette, Coleman, Johnson,
Yovanovish & Koester, PA
4001 Tamiami Trail N, Suite #30
Naples, FL 34103-3556

Emergency Physicians of Naples
PO Box 160448
Miami, FL 33116-0448

FL Gulf Coast Construction, Inc
503 SW 2nd St.
Cape Coral, FL 33991

Greenberg, Grant & Richards, In
Atten: Kennedy Bosco
Po Box 571811
Houston, TX 77257-1811

Equifax Information Services LL
PO Box 740256
Atlanta, GA 30374

Flesher Windows, INc
511 Leonard Blvd
Lehigh Acres, FL 33971

Grizz, LLC
3022 SE 18th Ave.
Cape Coral, FL 33904

ERSolutions, Inc
PO Box 9004
Renton, WA 98057

Florida Dreamscapes, Inc
173 Dowling Ave, NE
Port Charlotte, FL 33952

Gulf Coast Collection
5690 Marquesas Cir
Sarasota, FL 34233

Experian
PO Box 2002
Allen, TX 75013

Florida First Financia
1718 E Giddens Ave
Tampa, FL 33610

Gustavo Rivero & Son, Inc
3773 Arnold Ave.
Naples, FL 33104

Ferguson Enterprises, Inc
PO Box 100286
Atlanta, GA 30384-0286

FPL
General Mail Facility
Miami, FL 33188-0001

Harvard Collection Services, In
4839 N Elston Ave.
Chicago, IL 60630-2534

Fifth Third Bank
P. O. Box 630900
Cincinnati, OH  45263-0900

Fremont Investment & Loan
2727 E. Imperial Hwy
Brea, CA 92821

Healthcare Financial Assistance
PO Box 22669
Jackson, MS 39225-2669

Fifth/Third Bank
7595 Vanderbilt Beach Rd.
Naples, Fl 34119

Gates in Motion
8359 Beacon Blvd, #107
Fort Myers, Fl 33907

Hendry County Tax Collector
Po Box 1780
LaBelle, FL 33975-1780

Firestone
5495 Airport Rd.
Naples, FL 34109

GFA International
1215 Wallace Dr.
Delray Beach, FL 33444

Hills Lighting
8871 Brighton Lane
Bonita Springs, FL 34135

First Appraisal of SW FL, Inc
2040 Fort Denaud Rd
LaBelle, FL 33935

Golden Gate Well Drilling
1822 40th Terr. SW
Naples, FL 34116

Homeq
Attn: Bankruptcy Department
1100 Corporate Center
Raleigh, NC 27607

Debtor(s): **Jason F McLendon**          Case No:                              **MIDDLE DISTRICT OF FLORIDA**
          **Tanya R McLendon**          Chapter: **7**                        **FORT MYERS DIVISION**

Howard Whitman Plumbing
2575 Phillips Rd
LaBelle, FL 33935

J Powell Concrete, Inc
1506 Tena Ave. S.
Lehigh Acres, FL 33971

LaBelle Electric
PO Box 904
LaBelle, FL 33875

Hulett Environmental Services
PO Box220928
West Palm Beach, FL 33422-0928

J.J. F. Construction & Property
1204 Ridge St.
Naples, FL 34103

Land Investment Services, Inc
21430 Palm Beach Blvd.
Alva, FL 33920

Ideal Electric, Inc
2090 J & C Blvd
Naples, Fl 34109

JC-1 Condominium Assoc
2220 J & C Blvd, Suite #9
Naples, FL 34109-2043

Law Offices of Sprechman & Asso
2775 Sunny Isles Blvd, Suite 10
Miami, FL 33160-4007

In Balance, Inc
2154 Trade Center Way
Naples, Fl 34109

Jeffrey Morrow Soffit & Fascia,
926 SE 9th St.
Cape Coral, FL 33990

LCEC
Po Box 3455
North Fort Myers, FL 33918-3455

Innovative Trade Solutions, Inc
8118 Aimeria Rd
Fort Myers, FL 33912

Jensen Underground
5585 Taylor Rd.
Naples, FL

Lee County BOCC
PO Box 398
Fort Myers, FL 33901

Internal Revenue Service
2891 Center Pointe Drive
Fort Myers, FL 33916

Jerck-Fix-It
Jarek Freund
1204 Ridge St.
Naples, FL 34103

Lee County Tax Collector
PO Box 850
Fort Myers, FL 33902

Intl Collection Srve
255 South Tamiami Trail
P. O. Box 1308
Nokomis, FL  34274

Kansas Counselors
Po Box 14765
Shawnee Mission, KS 66285-4765

Lehigh Surveying, INc
1130 E Lee Blvd.
Naples, Fl

Iron Stone Bank
PO Box 29568
Raleigh, NC 27626-0568

Kansas Counselors
Po Box 14765
Shawnee Mission, KS 66285

Lehigh Well & Water Systems, In
PO Box 1412
Lehigh Acres, FL 33970

ISO Claim Search
545 Washington Blvd
Jersey City, NJ 07310-1686

Kenny Baker Well Drilling, Inc
1206 Dunndale St.
Lehigh Acres, FL 33936

Lester & Lyn Lee
105 Manor Lake Ct.
Alpharetta, GA 30004

J & F Stucco, Inc
4001 Caloosa Loop
LaBelle, FL 33935

Kunstler Stone, Inc
6166 Janes Lane
Naples, FL 34109

LexisNexis
1900 NW Expressway, Suite 1600
Oklahoma City, OK 73118

Debtor(s):  Jason F McLendon
Tanya R McLendon

Case No:
Chapter:  7

MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Litton Loan Servicing
Attention:  Bankruptcy
4828 Loop Central Drive
Houston, TX 77081

Mouser & Mouser, PA
1032 9th St. N
St. Petersburg, FL 33705

Nezmar Contractors Services, In
5649 2nd St. W
Lehigh Acres, FL 33971

Matrix Employee Leasing, Inc
9016 Phillips Hwy
Jacksonville, FL 32256

MSCB, Inc
PO Box 1567
Paris, TN 38242-1567

Olive Pest Control
2049 23rd St. SW
Naples, Fl 34117

Matt's Concrete, INc
2122 NE 17th St.
Cape Coral, FL 33909

Myers Drywell, Inc
2435 George Ave. S
Lehigh Acres, FL 33971

Osprey-Gulf Shore Building Mate
4328 Domestic Ave.
Naples, FL 34104

Medical Information Bureau
160 University Avenue
Westwood, MA 02090

Naples Diagnostic Imaging Cntr
PO Box 8659
Naples, FL 34101

Oswald Trippe & Company, Inc
4089 Tamiami Trail N A203
Naples, FL 34103

Memorial Hospital
PO Box 1810
Gulfport, MS 39502-1810

Naples Permitting, INc
3512 Radio Rd.
Naples, FL 34109

Overhead Door Co
2325 Crystal Dr.
Fort Myers, FL 33907

Mid South Credit Bureau
PO Box 1567
Paris, TN 38242

Naples Radiologists, PA
PO Box 102539
Atlanta, GA 30368-2539

Platinum Contracting, Inc
5580 8th St. W
Lehigh Acres, FL 33971

Mississippi Power
Po Box 245
Birmingham, AL 35201-0245

National Fitness Financial
Adv Collections Dept
PO Box 224
Roy, UT 84067-0224

Porter Paint
2403 Trade Center Way, Suite 1
Naples, Fl 34109

Moon Plumbing
1402 Gerald Ave.
Lehigh Acres, FL 33972

NCH Health Care System
PO Box 404903
Atlanta, Ga 30384-4903

Portfolio Rc
Attn: Bankruptcy
PO Box 9204
Old Bethpage, NY 11804

Morris-Depew Assoc, Inc
2216 Altamont Ave.
Fort Myers, FL 33901

NCO Financial Systems
PO Box 17080
Wilmington, DE 19850-7080

Portfolio Recovery Associates,
P. O. Box 12914
Norfolk VA 23541-0000

Morrison & Caudill
9010 Strada Stell Ct
Naples, FL 34109

NCO Financial Systems, Inc
PO Box 182965
Columbus, OH 43218-2965

Portor, Wright, Morris & Arthur
5801 Pelican Bay Blvd., Suite #
Naples, FL 34108

Debtor(s): **Jason F McLendon**
**Tanya R McLendon**
Case No:
Chapter: **7**
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Professional Adjustment Corp.
14410 Metropolis Ave.
Ft. Myers, FL  33912-4341

Robert E. Tardif, Jr.
8695 College Pkwy, Suite 1220
Fort Myers, FL 33919

Sears Commercial One
PO Box 689131
Des Moines, IA 50368-9131

Q. Grady Minor & Assoc. PA
3800 Via Del Ray
Bonita Springs, FL 34134

Ross Lanier & Deifik, PA
599 9th St. N, Suite 300
Naples, FL 34102

Sherwin-Williams Co
214 Highway 90
Waveland, MS 39576-2621

Quattrone & Assoc, Inc
11000 Metro Pkwy
Fort Myers, FL 33912

Rost Reprographics, Inc
5580 8th St. W, Suite #9
Lehigh Acres, FL 33971

Shoreline Flooring Supplies
3406 Dean St
Naples, FL 34104

R & P Property Management
265 Airport Rd S
Naples, FL 34104

RPM
PO Box 4006
Bothell, WA 98041-4006

Smart Choice Electric, INc
711 Everglades Blvd, N
Naples, FL 34120

R W Ellis construction Company,
12480 Gateway Greens Dr.
Fort Myers, FL 33913

Ruben Sorhegui Tile Distributor
3876 Mercantile Ave., Suite #1
Naples, FL 34104-3314

Smith & DeShields, Inc
2360 Trade Center Way
Naples, FL 34109

Ramsey, Inc
2631 4th St. NW
Naples, FL 34120

Sallie Mae
Attn: Claims Dept
PO Box 9500
Wilkes Barre, PA 18773

So. Miss. Business Machines of
PO Box 697
Gulfport, MS 39502

Res Calc
616 96th Ave. N
Naples, Fl 34108

Salvatori & Wood
Northern Trust Bank Building
4001 Tamiami Trail N, Suite 330
Naples, FL 34103

Southern Financial Collections
PO Box 15203
Hattiesburg, MS 39404

Rew Materials
1615 Trade Center Way
Naples, Fl 34109

Sanovis Bank
8850 Tamiami Trail
Naples, FL 34109

Statewide Security of FL, Inc
5567 Taylor Rd, Suite 16
Naples, FL 34109

River City IRR & Land
401 Skylark Lane, NW
Port Charlotte, FL 33952

Sanovis Bank (First FL Bank)
8850 Tamiami Trail
Naples, Fl 34109

Stock Building Supply
3601 Work Dr.
Fort Myers, Fl 33916

RLK
3340 21st Ave. SW
Naples, FL 34117

Scott Paint
7839 Fruitville Rd
Sarasota, FL 34240

Stone Age Pavers, Inc
205 NW 12th Ave.
Pompano Beach, FL 33069

Sun Realty
3757 Tamiami Trail N
Naples, FL 34103

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

Suncoast Cu
Attn: Col 002
PO Box 11829
Tampa, FL 33680

Suncoast Schools Federal Credit
P. O. Box 11904
Tampa, FL  33680-1904

SWFL Vinyl Soffit, Inc
1122 Canton Ave.
Lehigh Acres, FL 33972

T & M Portable Restrooms, Inc
PO Box 610
LaBelle, FL 33975

Telecheck Services
5251 Westheimer
Houston, TX 77056

The Cabinet Shop Lee County
2550 Edison Ave.
Fort Myers, FL 33901

The Learning Tree
875 108th Ave. N
Naples, FL 34108

The McMorrow Law Firm, PA
Poinciana Professional Park
2590 Golden Gate Pkwy
Naples, FL 34105

The Paint Authority, INc
3915 Double J Acres Blvd.
Alva, FL 33920

The Tile Market of Ft Myers
11771 Metro Pkwy
Fort Myers, FL 33912

Thompson INc. of SW FL
1121 Gretchen Ave.
Lehigh Acres, FL 33971

Timo Brothers, INc
8881 Terrene Ct.
Bonita Springs, FL 34135

Toni A. Butler, Atty
5425 Park Central Ct
Naples, FL 34109

TransUnion
P.O. Box 2000
Chester, PA 19022

Transworld Systems
3450 Lakeside Dr. #304
Miramar, FL 33027

Treasure Tile, INc
2097 Trade Center Way
Naples, FL 34109

Trimworks Unlimited, Inc
1718 Englewood Ave.
Lehigh Acres, FL 33972

Tropic Floors, Inc
1527 SE 47th Terr.
Cape Coral, Fl 33904

TRS Recovery Services, Inc
PO Box 60012
City of Industry, CA 91716-0012

Turner Pest Control
480 Edgewood Ave. S
Jacksonville, FL 32205

United Collection Bureau, Inc
PO Box 140190
Toledo, OH 43614

University Fidelity, LP
PO Box 941911
Houston, TX 77094-8911

Val Wilson Termite Systems, Inc
Payment Processing Center
13509 Prestige PL
Tampa, FL 33635-9619

Visions Millwork, INc
2900 Hunter St.
Fort Myers, FL 33916

West Coast Insulation of Centra
251 Commerical Crt
Sebring, FL 33876

Williams Scotsman
PO Box 91975
Chicago, IL 60693-1975

YJ Electric
2410 8th ST NE
Naples, FL 34120

Zeno Office Solutions
PO Box 23687
Tampa, FL 33623

*Holly A. Bower, Bar No. 0010292*
*Phoenix Law PA*
*Phoenix Law PA*
*12800 University Drive*
*Suite 260*
*Fort Myers, Florida 33907*
*(239) 333-3800*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*MIDDLE DISTRICT OF FLORIDA*
*FORT MYERS DIVISION*

In re:                                        Case No.:
**Jason F McLendon** _____        SSN:  __xxx-xx-6826__
**Tanya R McLendon** _____        SSN:  __xxx-xx-9395__
Debtor(s)                          ## Numbered Listing of Creditors
Address:
**15831 Delasol Lane**              Chapter:    **7**
**Naples, FL  34110**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.   3573 Enterprise Condominium Assoc, Inc<br>c/o R & P Property Management<br>265 Airport Rd.<br>Naples, FL 34104<br>07-CC-2348 | Unsecured Claim | $2,681.00 |
| 2.   3573 Enterprise Condominium Assoc, INc<br>c/o Property Managment<br>265 Airport Rd.<br>Naples, FL 34104<br>#60 | Unsecured Claim | $9,000.00 |
| 3.   3573 Enterprise Condominium Assoc, INc<br>c/o Property Managment<br>265 Airport Rd.<br>Naples, FL 34104<br>#61 | Unsecured Claim | $9,000.00 |
| 4.   3573 Enterprise Condominium Assoc, INc<br>c/o Property Managment<br>265 Airport Rd.<br>Naples, FL 34104<br>#90 | Unsecured Claim | $9,000.00 |
| 5.   3573 Enterprise Condominium Assoc, INc<br>c/o Property Managment<br>265 Airport Rd.<br>Naples, FL 34104<br>#91 | Unsecured Claim | $9,000.00 |
| 6.   A&A Truck Brokers, Inc<br>6141 Hamilton Dr.<br>Fort Myers, FL 33905 | Unsecured Claim | $24,285.00 |

in re:   **Jason F McLendon**

_____

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.    Able Body Labor<br>PO Box 30532<br>Tampa, FL 33630-3532 | Unsecured Claim | $3,122.00 |
| 8.    Accurate Hauling, INc<br>1345 Old Pondella Rd<br>Cape Coral, FL 33909 | Unsecured Claim | $1,400.00 |
| 9.    Acousit Engineering Company of FL<br>3620 Work Dr.<br>Fort Myers, FL 3916 | Unsecured Claim | $515.00 |
| 10.   Action Automatic door & Gate<br>11360 Metro Pkwy<br>Fort Myers, FL 33912 | Unsecured Claim | $2,985.00 |
| 11.   AFCO<br>Dept 0809<br>Dallas, TX 75312-0809 | Unsecured Claim | $481.00 |
| 12.   All City Plumbing, Inc<br>17466 E Street<br>N. Fort Myers, FL 3391711203 | Unsecured Claim | $11,213.00 |
| 13.   All City Site Development<br>17466 E St.<br>N. Fort Myers, FL 33917 | Unsecured Claim | $11,592.00 |
| 14.   All Wireless<br>1000 Immokalee Rd. #82<br>Naples, FL 34110 | Unsecured Claim | $201.00 |
| 15.   Alliance One Receivables Management, Inc<br>PO Box 3102<br>Southeastern, PA 19398-3102<br>6570145206 | Unsecured Claim | $690.00 |

in re:    **Jason F McLendon**

_____          _____

Debtor                                                        Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16.   Alltel<br>PO Box 9001905<br>Louisville, KY 40290-1905<br>6570145216 | Unsecured Claim | $1,952.00 |
| 17.   Alltel Comm<br>Bankruptcy Group<br>1 Allied Dr B5F03<br>Little Rock, AR 72202<br>2691809376 | Unsecured Claim | $323.00 |
| 18.   Alltell<br>PO Box 530533<br>Atlanta, GA 30353-0533 | Unsecured Claim | $0.00 |
| 19.   Antonio J. Perez-Benitoa PA<br>900 6th Ave. S., Suite 303<br>Naples, FL 34102<br>80762 | Unsecured Claim | $3,274.50 |
| 20.   ASAP Blueprint & Sign Comp<br>1981 J&C Blvd.<br>Naples, Fl 34109 | Unsecured Claim | $3,031.00 |
| 21.   Attorneys Real Estate Land Surveying<br>1930 Park Meadow Dr.<br>Fort Myers, FL 33907 | Unsecured Claim | $6,600.00 |
| 22.   B& B Cool Air, Inc<br>1511 Gretchen Ave., Suite A<br>Lehigh Acres, FL 33971 | Unsecured Claim | $15,521.00 |
| 23.   Bank Of America<br>Attn: Bankruptcy NC4-105-02-77<br>PO Box 26012<br>Greensboro, NC 27410<br>63010004058632 | Secured Claim | $18,598.00 |
| 24.   Bank of America<br>PO Box 45224<br>Jacksonville, FL 32232-5224 | Unsecured Claim | $0.00 |

in re:    **Jason F McLendon**

_____          _____

Debtor                                                                    Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25.   Bank of America<br>P. O. Box 25118<br>Tampa, FL 33622-5118<br>898021413590 | Unsecured Claim | $330.00 |
| 26.   BANK OF AMERICA<br>PO BOX 1598<br>NORFOLD, VA 23501<br>3590 | Unsecured Claim | $145.48 |
| 27.   Bank of Florida<br>1185 Immokalee Rd.<br>Naples, FL 34110 | Unsecured Claim | $275,000.00 |
| 28.   Bank of Florida<br>1185 Immokalee Rd.<br>Naples, FL 34110 | Unsecured Claim | $6,500,000.00 |
| 29.   BCC02 Financial Management Services, Inc<br>PO Box 490537<br>Fort Lauderdale, FL 33349-0537<br>060230235 | Unsecured Claim | $2,195.00 |
| 30.   Berge Buildings & Contracting Co<br>PO Box 151398<br>Cape Coral, FL 33915 | Unsecured Claim | $10,382.00 |
| 31.   Builders Choice Supply, Inc<br>875 S Elm St.<br>LaBelle, FL 33935<br>10513.00 | Unsecured Claim | $2,490.00 |
| 32.   Business Revenue Systems, Inc<br>PO Box 13077<br>Des Moines, IA 50310-0077 | Unsecured Claim | $0.00 |
| 33.   C R Gillen<br>1415 Jefferson Ave.<br>Lehigh Acres, FL 33972 | Unsecured Claim | $41,900.00 |

in re:    **Jason F McLendon**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34.    C.A. Land Clearing, INc<br>400 Hendry Isle Blvd<br>Clewiston, FL 33440 | Unsecured Claim | $10,828.00 |
| 35.    Cape Coral Electric, Inc<br>928 SE 15th Terr.<br>Cape Coral, FL 33990 | Unsecured Claim | $922.00 |
| 36.    Cape Coral Glass & Mirror<br>873 SE 47th St.<br>Cape Coral, FL | Unsecured Claim | $382.00 |
| 37.    Cape Coral Insulation Services<br>912 SE 9th Terr.<br>Cape Coral, FL 33990 | Unsecured Claim | $310.00 |
| 38.    Capstone Financial Management, LLC<br>PO Box 674257<br>Marietta, GA 30006-0072<br>136500 | Unsecured Claim | $638.00 |
| 39.    Carlson Brothers Construction, Inc<br>19760 Little Lane<br>Alva, FL 33920 | Unsecured Claim | $752.00 |
| 40.    Carpanez Floor Covering<br>2116 Earl Rd.<br>Fort Myers, FL 33901 | Unsecured Claim | $4,187.00 |
| 41.    Carter Fence Company<br>3490 Shearwater St.<br>Naples, FL 34109 | Unsecured Claim | $14,556.00 |
| 42.    Causeway Lumber Company<br>PO Box 21088<br>Fort Lauderdale, FL 33335 | Unsecured Claim | $13,773.00 |

in re:    **Jason F McLendon**

_____

Debtor                                                     Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 43.   CCS Medical<br>14255 49th St. N, Suite #301<br>Clearwater, FL 33762<br>1268920 | Unsecured Claim | $1,501.00 |
| 44.   Cemex<br>PO Box 905875<br>Charlotte, NC 28290-5875<br>3122717 | Unsecured Claim | $554.00 |
| 45.   Cemex, Inc<br>1425 E. Wiggins Pass Rd<br>Naples, FL 34110 | Unsecured Claim | $0.00 |
| 46.   CIT Technology Fin Serv, Inc<br>21146 Network Place<br>Chicago, IL 60673 | Unsecured Claim | $1,567.00 |
| 47.   Coastal Locksmith, Inc<br>1217 E Cape Coral Pkwy<br>Cape Coral, FL 33904 | Unsecured Claim | $148.00 |
| 48.   Cobra Site Development, Inc<br>11419 Waterford Village Dr.<br>Fort Myers, FL 33913 | Unsecured Claim | $8,492.00 |
| 49.   Cochran Construction & Paving Co<br>132 Pollywog Point<br>LaBelle, FL 33935 | Unsecured Claim | $4,775.00 |
| 50.   Coleman, Hazzard & Taylor, PA<br>2640 Golden Gate Pkwy<br>Naples, FL 34105 | Unsecured Claim | $1,430.00 |
| 51.   Collier County Tax Collector<br>3301 Tamiami Trail East Bldg C-1<br>Naples, FL 34112-4997<br>29820101429 | Secured Claim | $7,100.00 |

in re:    **Jason F McLendon**

| | Debtor | Case No. (if known) |
| --- | --- | --- |

| Creditor name and mailing address | Category of claim | Amount of claim |
| --- | --- | --- |
| 52.    Comcast<br>P. O. Box 105184<br>Atlanta, GA  30348-5184 | Unsecured Claim | $0.00 |
| 53.    Commercial Clean-Up<br>4305 Exchange Ave.<br>Naples, FL 34104 | Unsecured Claim | $6,564.00 |
| 54.    Credit Protection Assoc, LP<br>13355 Noel Rd<br>Dallas, TX 75240<br>65396301 | Unsecured Claim | $373.00 |
| 55.    D. C. Katz Plumbing<br>901 W Leeland Heights Blvd<br>Lehigh Acres, FL 33970 | Unsecured Claim | $750.00 |
| 56.    Danny Yates Landscaping, Inc<br>425 SW Pine Island Rd.<br>Cape Coral, FL 33991 | Unsecured Claim | $2,945.00 |
| 57.    David Lawrence Center<br>6075 Bathey Lane<br>Naples, FL 34116-7536 | Unsecured Claim | $0.00 |
| 58.    Davidson Insulation & Acoustics, Inc<br>PO Box 380939<br>Murdock, FL 33938 | Unsecured Claim | $28,369.00 |
| 59.    Daytona Beach Regency Assoc, Inc<br>PO Box 863596<br>Orlando, FL 32886-3596<br>1219054 | Secured Claim | $6,662.70 |
| 60.    DeBoest, Stockman, Decker,<br>Broughton & Hagan, PA<br>1415 Hendry St.<br>Fort Myers, FL 33901<br>08-CC-2348 | Unsecured Claim | |

in re:  **Jason F McLendon**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 61.  DeBoest, Stockman, Decker, Broughton & Hagan, PA<br>1415 Hendry St.<br>Fort Myers, FL 33901 | Unsecured Claim | $0.00 |
| 62.  E*LocalLink<br>130 E Main St.<br>Granite Building, 1st FL<br>Rochester, NY 14604 | Unsecured Claim | $2,995.00 |
| 63.  Edison Plumbing, Inc<br>PO Box 2765<br>LaBelle, Fl 33975 | Unsecured Claim | $716.00 |
| 64.  Embarq<br>P.O. Box 96064<br>Charlotte, NC 28296-0064<br>2395131600463 | Unsecured Claim | $661.00 |
| 65.  Emergency Physicians of Naples<br>PO Box 160448<br>Miami, FL 33116-0448 | Unsecured Claim | $0.00 |
| 66.  ERSolutions, Inc<br>PO Box 9004<br>Renton, WA 98057 | Unsecured Claim | $0.00 |
| 67.  Ferguson Enterprises, Inc<br>PO Box 100286<br>Atlanta, GA 30384-0286<br>27922 | Unsecured Claim | $104.00 |
| 68.  Fifth Third Bank<br>P. O. Box 630900<br>Cincinnati, OH  45263-0900<br>7431985485 | Unsecured Claim | $484.64 |
| 69.  Fifth/Third Bank<br>7595 Vanderbilt Beach Rd.<br>Naples, Fl 34119 | Unsecured Claim | $5,000,000.00 |

in re:   **Jason F McLendon**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 70.   Firestone<br>5495 Airport Rd.<br>Naples, FL 34109 | Unsecured Claim | $644.00 |
| 71.   First Appraisal of SW FL, Inc<br>2040 Fort Denaud Rd<br>LaBelle, FL 33935 | Unsecured Claim | $2,500.00 |
| 72.   Five Star Painting, Inc<br>4025 24th St. SW<br>Lehigh Acres, FL 33971 | Unsecured Claim | $5,100.00 |
| 73.   FL Gulf Coast Construction, Inc<br>503 SW 2nd St.<br>Cape Coral, FL 33991 | Unsecured Claim | $3,300.00 |
| 74.   Flesher Windows, INc<br>511 Leonard Blvd<br>Lehigh Acres, FL 33971 | Unsecured Claim | $11,857.00 |
| 75.   Florida Dreamscapes, Inc<br>173 Dowling Ave, NE<br>Port Charlotte, FL 33952 | Unsecured Claim | $4,252.00 |
| 76.   Florida First Financia<br>1718 E Giddens Ave<br>Tampa, FL 33610<br>5676219609 | Unsecured Claim | $129.00 |
| 77.   FPL<br>General Mail Facility<br>Miami, FL 33188-0001<br>14852-59269 | Unsecured Claim | $177.00 |
| 78.   FPL<br>General Mail Facility<br>Miami, FL 33188-0001<br>86651-13034 | Unsecured Claim | $494.00 |

in re:    **Jason F McLendon**
_____

Debtor                                              Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 79. Fremont Investment & Loan<br>2727 E. Imperial Hwy<br>Brea, CA 92821<br>6000198479 | Secured Claim | $717,547.00 |
| 80. Gates in Motion<br>8359 Beacon Blvd, #107<br>Fort Myers, Fl 33907 | Unsecured Claim | $4,500.00 |
| 81. GFA International<br>1215 Wallace Dr.<br>Delray Beach, FL 33444 | Unsecured Claim | $597.00 |
| 82. Golden Gate Well Drilling<br>1822 40th Terr. SW<br>Naples, FL 34116 | Unsecured Claim | $10,600.00 |
| 83. Goodlette, Coleman, Johnson,<br>Yovanovish & Koester, PA<br>4001 Tamiami Trail N, Suite #300<br>Naples, FL 34103-3556<br>3441-001M | Unsecured Claim | $6,000.00 |
| 84. Greenberg, Grant & Richards, Inc<br>Atten: Kennedy Bosco<br>Po Box 571811<br>Houston, TX 77257-1811<br>936089 | Unsecured Claim | $1,572.00 |
| 85. Grizz, LLC<br>3022 SE 18th Ave.<br>Cape Coral, FL 33904 | Unsecured Claim | $1,400.00 |
| 86. Gulf Coast Collection<br>5690 Marquesas Cir<br>Sarasota, FL 34233<br>3000073 | Unsecured Claim | $840.00 |
| 87. Gulf Coast Collection<br>5690 Marquesas Cir<br>Sarasota, FL 34233<br>2548157 | Unsecured Claim | $56.00 |

in re:   **Jason F McLendon**

|  | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 88. Gustavo Rivero & Son, Inc<br>3773 Arnold Ave.<br>Naples, FL 33104 | Unsecured Claim | $1,190.00 |
| 89. Harvard Collection Services, Inc<br>4839 N Elston Ave.<br>Chicago, IL 60630-2534 | Unsecured Claim | $0.00 |
| 90. Healthcare Financial Assistance, Inc<br>PO Box 22669<br>Jackson, MS 39225-2669 | Unsecured Claim | $0.00 |
| 91. Hendry County Tax Collector<br>Po Box 1780<br>LaBelle, FL 33975-1780<br>02020440150 | Secured Claim | $480.00 |
| 92. Hendry County Tax Collector<br>Po Box 1780<br>LaBelle, FL 33975-1780<br>06021900330 | Secured Claim | $480.00 |
| 93. Hendry County Tax Collector<br>Po Box 1780<br>LaBelle, FL 33975-1780<br>01020330350 | Secured Claim | $480.00 |
| 94. Hendry County Tax Collector<br>Po Box 1780<br>LaBelle, FL 33975-1780<br>03020900010 | Secured Claim | $461.00 |
| 95. Hendry County Tax Collector<br>Po Box 1780<br>LaBelle, FL 33975-1780<br>09023060080 | Secured Claim | $460.00 |
| 96. Hendry County Tax Collector<br>Po Box 1780<br>LaBelle, FL 33975-1780<br>02020730120 | Secured Claim | $480.00 |

in re:    **Jason F McLendon**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
| --- | --- | --- |
| 97. Hendry County Tax Collector<br>Po Box 1780<br>LaBelle, FL 33975-1780<br>01000270010 | Secured Claim | $9,306.00 |
| 98. Hills Lighting<br>8871 Brighton Lane<br>Bonita Springs, FL 34135 | Unsecured Claim | $5,680.00 |
| 99. Homeq<br>Attn: Bankruptcy Department<br>1100 Corporate Center<br>Raleigh, NC 27607<br>6930325030484 | Secured Claim | $178,788.00 |
| 100. Howard Whitman Plumbing<br>2575 Phillips Rd<br>LaBelle, FL 33935 | Unsecured Claim | $23,405.00 |
| 101. Hulett Environmental Services<br>PO Box220928<br>West Palm Beach, FL 33422-0928<br>324469 | Unsecured Claim | $797.00 |
| 102. Ideal Electric, Inc<br>2090 J & C Blvd<br>Naples, Fl 34109<br>case #08-bk-01192-ALP | Unsecured Claim | $4,664.00 |
| 103. In Balance, Inc<br>2154 Trade Center Way<br>Naples, Fl 34109 | Unsecured Claim | $2,719.00 |
| 104. Innovative Trade Solutions, Inc<br>8118 Aimeria Rd<br>Fort Myers, FL 33912 | Unsecured Claim | $12,215.00 |
| 105. Intl Collection Srve<br>255 South Tamiami Trail<br>P. O. Box 1308<br>Nokomis, FL  34274<br>1330210 | Unsecured Claim | $1,145.00 |

in re:    **Jason F McLendon**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 106.  Iron Stone Bank<br>PO Box 29568<br>Raleigh, NC 27626-0568<br>0000136861 | Unsecured Claim | $302,528.00 |
| 107.  J & F Stucco, Inc<br>4001 Caloosa Loop<br>LaBelle, FL 33935 | Unsecured Claim | $24,390.00 |
| 108.  J Powell Concrete, Inc<br>1506 Tena Ave. S.<br>Lehigh Acres, FL 33971 | Unsecured Claim | $2,031.00 |
| 109.  J.J. F. Construction & Property Mgmt, In<br>1204 Ridge St.<br>Naples, FL 34103<br>32 | Unsecured Claim | $5,245.00 |
| 110.  JC-1 Condominium Assoc<br>2220 J & C Blvd, Suite #9<br>Naples, FL 34109-2043<br>First | Secured Claim | $2,665.00 |
| 111.  Jeffrey Morrow Soffit & Fascia, Inc<br>926 SE 9th St.<br>Cape Coral, FL 33990 | Unsecured Claim | $1,235.00 |
| 112.  Jensen Underground<br>5585 Taylor Rd.<br>Naples, FL | Unsecured Claim | $133,159.00 |
| 113.  Jerck-Fix-It<br>Jarek Freund<br>1204 Ridge St.<br>Naples, FL 34103 | Unsecured Claim | $5,000.00 |
| 114.  Kansas Counselors<br>Po Box 14765<br>Shawnee Mission, KS 66285-4765<br>1373134678365 | Unsecured Claim | $275.00 |

in re:  **Jason F McLendon**

_____

Debtor

_____

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 115.  Kansas Counselors<br>Po Box 14765<br>Shawnee Mission, KS 66285<br>1373134434872 | Unsecured Claim | $264.00 |
| 116.  Kansas Counselors<br>Po Box 14765<br>Shawnee Mission, KS 66285<br>1373134301182 | Unsecured Claim | $89.00 |
| 117.  Kansas Counselors<br>Po Box 14765<br>Shawnee Mission, KS 66285<br>1373134434871 | Unsecured Claim | $89.00 |
| 118.  Kenny Baker Well Drilling, Inc<br>1206 Dunndale St.<br>Lehigh Acres, FL 33936 | Unsecured Claim | $9,990.00 |
| 119.  Kunstler Stone, Inc<br>6166 Janes Lane<br>Naples, FL 34109 | Unsecured Claim | $7,968.00 |
| 120.  LaBelle Electric<br>PO Box 904<br>LaBelle, FL 33875 | Unsecured Claim | $4,360.00 |
| 121.  Land Investment Services, Inc<br>21430 Palm Beach Blvd.<br>Alva, FL 33920 | Unsecured Claim | $2,330.00 |
| 122.  Law Offices of Sprechman & Assoc, PA<br>2775 Sunny Isles Blvd, Suite 100<br>Miami, FL 33160-4007<br>94828 | Unsecured Claim | $40,044.00 |
| 123.  LCEC<br>Po Box 3455<br>North Fort Myers, FL 33918-3455 | Unsecured Claim | $1,355.00 |

in re:    **Jason F McLendon**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 124.  Lee County BOCC<br>PO Box 398<br>Fort Myers, FL 33901 | Unsecured Claim | $175.00 |
| 125.  Lehigh Surveying, INc<br>1130 E Lee Blvd.<br>Naples, Fl | Unsecured Claim | $761.00 |
| 126.  Lehigh Well & Water Systems, Inc<br>PO Box 1412<br>Lehigh Acres, FL 33970 | Unsecured Claim | $150.00 |
| 127.  Lester & Lyn Lee<br>105 Manor Lake Ct.<br>Alpharetta, GA 30004 | Unsecured Claim | $12,537.04 |
| 128.  Litton Loan Servicing<br>Attention:  Bankruptcy<br>4828 Loop Central Drive<br>Houston, TX 77081<br>15932643 | Secured Claim | $711,167.00 |
| 129.  Matrix Employee Leasing, Inc<br>9016 Phillips Hwy<br>Jacksonville, FL 32256 | Unsecured Claim | $500.00 |
| 130.  Matt's Concrete, INc<br>2122 NE 17th St.<br>Cape Coral, FL 33909 | Unsecured Claim | $24,948.00 |
| 131.  Memorial Hospital<br>PO Box 1810<br>Gulfport, MS 39502-1810<br>g0819000819 | Unsecured Claim | $3,546.00 |
| 132.  Mid South Credit Bureau<br>PO Box 1567<br>Paris, TN 38242<br>3270760006254379 | Unsecured Claim | $489.00 |

in re:    **Jason F McLendon**
_____

Debtor                                                          Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 133.  Mid South Credit Bureau<br>PO Box 1567<br>Paris, TN 38242<br>4050760006254537 | Unsecured Claim | $83.00 |
| 134.  Mississippi Power<br>Po Box 245<br>Birmingham, AL 35201-0245<br>01780-43046 | Unsecured Claim | $427.00 |
| 135.  Moon Plumbing<br>1402 Gerald Ave.<br>Lehigh Acres, FL 33972 | Unsecured Claim | $1,970.00 |
| 136.  Morris-Depew Assoc, Inc<br>2216 Altamont Ave.<br>Fort Myers, FL 33901 | Unsecured Claim | $3,502.00 |
| 137.  Morrison & Caudill<br>9010 Strada Stell Ct<br>Naples, FL 34109 | Unsecured Claim | $24,318.00 |
| 138.  Mouser & Mouser, PA<br>1032 9th St. N<br>St. Petersburg, FL 33705 | Unsecured Claim | $505.00 |
| 139.  MSCB, Inc<br>PO Box 1567<br>Paris, TN 38242-1567<br>06254379 | Unsecured Claim | $572.55 |
| 140.  MSCB, Inc<br>PO Box 1567<br>Paris, TN 38242-1567<br>03596080 | Unsecured Claim | $1,443.00 |
| 141.  Myers Drywell, Inc<br>2435 George Ave. S<br>Lehigh Acres, FL 33971 | Unsecured Claim | $24,318.00 |

in re:    **Jason F McLendon**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 142.  Naples Diagnostic Imaging Cntr<br>PO Box 8659<br>Naples, FL 34101<br>81128350724 | Unsecured Claim | $304.00 |
| 143.  Naples Permitting, INc<br>3512 Radio Rd.<br>Naples, FL 34109 | Unsecured Claim | $1,822.00 |
| 144.  Naples Radiologists, PA<br>PO Box 102539<br>Atlanta, GA 30368-2539<br>07400865403 | Unsecured Claim | $142.00 |
| 145.  National Fitness Financial<br>Adv Collections Dept<br>PO Box 224<br>Roy, UT 84067-0224<br>9451-100656 | Unsecured Claim | $463.00 |
| 146.  NCH Health Care System<br>PO Box 404903<br>Atlanta, Ga 30384-4903<br>7401268201 | Unsecured Claim | $388.00 |
| 147.  NCH Health Care System<br>PO Box 404903<br>Atlanta, Ga 30384-4903<br>7400865403 | Unsecured Claim | $1,124.00 |
| 148.  NCH Health Care System<br>PO Box 404903<br>Atlanta, Ga 30384-4903<br>7400538281 | Unsecured Claim | $489.00 |
| 149.  NCO Financial Systems<br>PO Box 17080<br>Wilmington, DE 19850-7080<br>898021413590 | Unsecured Claim | $176.00 |
| 150.  NCO Financial Systems, Inc<br>PO Box 182965<br>Columbus, OH 43218-2965<br>062126R | Unsecured Claim | $869.00 |

in re:   **Jason F McLendon**

_____

Debtor                                                   Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 151. Nezmar Contractors Services, Inc<br>5649 2nd St. W<br>Lehigh Acres, FL 33971 | Unsecured Claim | $925.00 |
| 152. Olive Pest Control<br>2049 23rd St. SW<br>Naples, Fl 34117 | Unsecured Claim | $952.00 |
| 153. Osprey-Gulf Shore Building Materials<br>4328 Domestic Ave.<br>Naples, FL 34104 | Unsecured Claim | $19,385.00 |
| 154. Oswald Trippe & Company, Inc<br>4089 Tamiami Trail N A203<br>Naples, FL 34103<br>FIRS-42 | Unsecured Claim | $3,293.00 |
| 155. Oswald Trippe & Company, Inc<br>4089 Tamiami Trail N A203<br>Naples, FL 34103<br>Firs-42 | Unsecured Claim | $4,143.00 |
| 156. Overhead Door Co<br>2325 Crystal Dr.<br>Fort Myers, FL 33907 | Unsecured Claim | $6,646.00 |
| 157. Platinum Contracting, Inc<br>5580 8th St. W<br>Lehigh Acres, FL 33971 | Unsecured Claim | $8,334.00 |
| 158. Porter Paint<br>2403 Trade Center Way, Suite 1<br>Naples, Fl 34109 | Unsecured Claim | $1,969.00 |
| 159. Portfolio Rc<br>Attn: Bankruptcy<br>PO Box 9204<br>Old Bethpage, NY 11804<br>5490351999158192 | Unsecured Claim | $11,105.00 |

in re:   **Jason F McLendon**

| | Debtor | Case No. (if known) |
| --- | --- | --- |
| Creditor name and mailing address | Category of claim | Amount of claim |
| 160.   Portfolio Recovery Associates, LLC<br>P. O. Box 12914<br>Norfolk VA 23541-0000 | Unsecured Claim | $0.00 |
| 161.   Portor, Wright, Morris & Arthur, LLP<br>5801 Pelican Bay Blvd., Suite #300<br>Naples, FL 34108 | Unsecured Claim | |
| 162.   Professional Adjustment Corp.<br>14410 Metropolis Ave.<br>Ft. Myers, FL  33912-4341<br>240093 | Unsecured Claim | $1,590.00 |
| 163.   Q. Grady Minor & Assoc. PA<br>3800 Via Del Ray<br>Bonita Springs, FL 34134 | Unsecured Claim | $2,032.00 |
| 164.   Quattrone & Assoc, Inc<br>11000 Metro Pkwy<br>Fort Myers, FL 33912 | Unsecured Claim | $40,000.00 |
| 165.   R & P Property Management<br>265 Airport Rd S<br>Naples, FL 34104 | Unsecured Claim | $4,033.00 |
| 166.   R W Ellis construction Company, Inc<br>12480 Gateway Greens Dr.<br>Fort Myers, FL 33913 | Unsecured Claim | $960.00 |
| 167.   Ramsey, Inc<br>2631 4th St. NW<br>Naples, FL 34120<br>707 | Unsecured Claim | $200.00 |
| 168.   Ramsey, Inc<br>2631 4th St. NW<br>Naples, FL 34120<br>690 | Unsecured Claim | $250.00 |

in re:   **Jason F McLendon**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
| --- | --- | --- |
| 169.  Ramsey, Inc<br>2631 4th St. NW<br>Naples, FL 34120<br>691 | Unsecured Claim | $750.00 |
| 170.  Ramsey, Inc<br>2631 4th St. NW<br>Naples, FL 34120<br>636 | Unsecured Claim | $600.00 |
| 171.  Res Calc<br>616 96th Ave. N<br>Naples, Fl 34108 | Unsecured Claim | $634.00 |
| 172.  Rew Materials<br>1615 Trade Center Way<br>Naples, Fl 34109 | Unsecured Claim | $160.00 |
| 173.  River City IRR & Land<br>401 Skylark Lane, NW<br>Port Charlotte, FL 33952 | Unsecured Claim | $47,764.00 |
| 174.  RLK<br>3340 21st Ave. SW<br>Naples, FL 34117 | Unsecured Claim | $47,840.00 |
| 175.  Robert E. Tardif, Jr.<br>8695 College Pkwy, Suite 1220<br>Fort Myers, FL 33919 | Unsecured Claim | $0.00 |
| 176.  Ross Lanier & Deifik, PA<br>599 9th St. N, Suite 300<br>Naples, FL 34102<br>202113 | Unsecured Claim | $8,030.00 |
| 177.  Rost Reprographics, Inc<br>5580 8th St. W, Suite #9<br>Lehigh Acres, FL 33971 | Unsecured Claim | $2,421.00 |

in re:    **Jason F McLendon**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 178. RPM<br>PO Box 4006<br>Bothell, WA 98041-4006<br>9794597 | Unsecured Claim | $20.00 |
| 179. Ruben Sorhegui Tile Distributor<br>3876 Mercantile Ave., Suite #1<br>Naples, FL 34104-3314<br>5721111 | Unsecured Claim | $475.00 |
| 180. Sallie Mae<br>Attn: Claims Dept<br>PO Box 9500<br>Wilkes Barre, PA 18773<br>99556251191000720021206 | Unsecured Claim | $11,756.00 |
| 181. Salvatori & Wood<br>Northern Trust Bank Building<br>4001 Tamiami Trail N, Suite 330<br>Naples, FL 34103<br>10443 | Unsecured Claim | $3,705.00 |
| 182. Sanovis Bank<br>8850 Tamiami Trail<br>Naples, FL 34109 | Unsecured Claim | $600,000.00 |
| 183. Sanovis Bank (First FL Bank)<br>8850 Tamiami Trail<br>Naples, Fl 34109 | Unsecured Claim | $2,500,000.00 |
| 184. Scott Paint<br>7839 Fruitville Rd<br>Sarasota, FL 34240 | Unsecured Claim | $9,788.00 |
| 185. Sears Commercial One<br>PO Box 689131<br>Des Moines, IA 50368-9131 | Unsecured Claim | $14,297.00 |
| 186. Sherwin-Williams Co<br>214 Highway 90<br>Waveland, MS 39576-2621<br>178-0699 | Unsecured Claim | $48.00 |

in re:    **Jason F McLendon**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 187.  Shoreline Flooring Supplies<br>3406 Dean St<br>Naples, FL 34104 | Unsecured Claim | $314.00 |
| 188.  Smart Choice Electric, INc<br>711 Everglades Blvd, N<br>Naples, FL 34120 | Unsecured Claim | $300.00 |
| 189.  Smith & DeShields, Inc<br>2360 Trade Center Way<br>Naples, FL 34109<br>F0600 | Unsecured Claim | $1,172.00 |
| 190.  So. Miss. Business Machines of Gpt, Inc<br>PO Box 697<br>Gulfport, MS 39502<br>596800 | Unsecured Claim | $1,833.00 |
| 191.  Southern Financial Collections<br>PO Box 15203<br>Hattiesburg, MS 39404 | Unsecured Claim | $0.00 |
| 192.  Statewide Security of FL, Inc<br>5567 Taylor Rd, Suite 16<br>Naples, FL 34109<br>1033393 | Unsecured Claim | $648.00 |
| 193.  Stock Building Supply<br>3601 Work Dr.<br>Fort Myers, Fl 33916 | Unsecured Claim | $4,203.00 |
| 194.  Stone Age Pavers, Inc<br>205 NW 12th Ave.<br>Pompano Beach, FL 33069<br>80918 | Unsecured Claim | $3,366.00 |
| 195.  Sun Realty<br>3757 Tamiami Trail N<br>Naples, FL 34103 | Unsecured Claim | $647.00 |

in re:   **Jason F McLendon**

|  | Debtor |  | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 196.   Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384 | Unsecured Claim | $1,100.00 |
| 197.   Suncoast Cu<br>Attn: Col 002<br>PO Box 11829<br>Tampa, FL 33680<br>41589 | Unsecured Claim | $0.00 |
| 198.   Suncoast Cu<br>Attn: Col 002<br>PO Box 11829<br>Tampa, FL 33680<br>460819000053 | Unsecured Claim | $8,141.00 |
| 199.   Suncoast Cu<br>Attn: Col 002<br>PO Box 11829<br>Tampa, FL 33680<br>470115600040 | Unsecured Claim | $4,554.00 |
| 200.   Suncoast Schools Federal Credit Union<br>P. O. Box 11904<br>Tampa, FL  33680-1904<br>4158910 | Unsecured Claim | $93.70 |
| 201.   Suncoast Schools Federal Credit Union<br>P. O. Box 11904<br>Tampa, FL  33680-1904 | Unsecured Claim | $0.00 |
| 202.   SWFL Vinyl Soffit, Inc<br>1122 Canton Ave.<br>Lehigh Acres, FL 33972 | Unsecured Claim | $2,295.00 |
| 203.   T & M Portable Restrooms, Inc<br>PO Box 610<br>LaBelle, FL 33975 | Unsecured Claim | $1,952.00 |
| 204.   The Cabinet Shop Lee County<br>2550 Edison Ave.<br>Fort Myers, FL 33901 | Unsecured Claim | $77,774.00 |

in re:    **Jason F McLendon**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 205.  The Learning Tree<br>875 108th Ave. N<br>Naples, FL 34108 | Unsecured Claim | $972.00 |
| 206.  The McMorrow Law Firm, PA<br>Poinciana Professional Park<br>2590 Golden Gate Pkwy<br>Naples, FL 34105 | Unsecured Claim | |
| 207.  The Paint Authority, INc<br>3915 Double J Acres Blvd.<br>Alva, FL 33920 | Unsecured Claim | $2,932.00 |
| 208.  The Tile Market of Ft Myers<br>11771 Metro Pkwy<br>Fort Myers, FL 33912<br>FIRCLA | Unsecured Claim | $6,565.00 |
| 209.  Thompson INc. of SW FL<br>1121 Gretchen Ave.<br>Lehigh Acres, FL 33971 | Unsecured Claim | $4,826.00 |
| 210.  Timo Brothers, INc<br>8881 Terrene Ct.<br>Bonita Springs, FL 34135 | Unsecured Claim | $23,749.00 |
| 211.  Toni A. Butler, Atty<br>5425 Park Central Ct<br>Naples, FL 34109 | Unsecured Claim | $0.00 |
| 212.  Transworld Systems<br>3450 Lakeside Dr. #304<br>Miramar, FL 33027 | Unsecured Claim | $0.00 |
| 213.  Treasure Tile, INc<br>2097 Trade Center Way<br>Naples, FL 34109 | Unsecured Claim | $760.00 |

in re:    **Jason F McLendon**

_____

Debtor

_____

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 214.  Trimworks Unlimited, Inc<br>1718 Englewood Ave.<br>Lehigh Acres, FL 33972 | Unsecured Claim | $4,835.00 |
| 215.  Tropic Floors, Inc<br>1527 SE 47th Terr.<br>Cape Coral, Fl 33904 | Unsecured Claim | $13,819.00 |
| 216.  TRS Recovery Services, Inc<br>PO Box 60012<br>City of Industry, CA 91716-0012<br>11062969002124 | Unsecured Claim | $497.00 |
| 217.  Turner Pest Control<br>480 Edgewood Ave. S<br>Jacksonville, FL 32205 | Unsecured Claim | $0.00 |
| 218.  United Collection Bureau, Inc<br>PO Box 140190<br>Toledo, OH 43614<br>146112501 | Unsecured Claim | $460.00 |
| 219.  University Fidelity, LP<br>PO Box 941911<br>Houston, TX 77094-8911 | Unsecured Claim | $0.00 |
| 220.  Val Wilson Termite Systems, Inc<br>Payment Processing Center<br>13509 Prestige PL<br>Tampa, FL 33635-9619<br>757598 | Unsecured Claim | $125.00 |
| 221.  Visions Millwork, INc<br>2900 Hunter St.<br>Fort Myers, FL 33916 | Unsecured Claim | $536.00 |
| 222.  West Coast Insulation of Central FL<br>251 Commerical Crt<br>Sebring, FL 33876 | Unsecured Claim | $1,653.00 |

in re:   **Jason F McLendon**
_____   _____
                        Debtor                                      Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 223.  Williams Scotsman<br>PO Box 91975<br>Chicago, IL 60693-1975 | Unsecured Claim | $1,357.00 |
| 224.  YJ Electric<br>2410 8th ST NE<br>Naples, FL 34120 | Unsecured Claim | $1,515.00 |
| 225.  Zeno Office Solutions<br>PO Box 23687<br>Tampa, FL 33623 | Unsecured Claim | |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

### DECLARATION

I,  **Jason F McLendon** _____ ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing   _Numbered Listing of Creditors,_
consisting of ___26___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.
the best of my information and belief.

Debtor:  **/s/ Jason F McLendon** _____   Date: 02/18/2009 _____
         **Jason F McLendon**

Spouse:  **/s/ Tanya R McLendon** _____   Date: 02/18/2009 _____
         **Tanya R McLendon**

**B22A (Official Form 22A) (Chapter 7) (12/08)**

In re: **Jason F McLendon**
     **Tanya R McLendon**

Case Number:

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
|---|
| ☐ **The presumption arises.** |
| ☑ **The presumption does not arise.** |
| ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| Part I. MILITARY AND NON-CONSUMER DEBTORS | |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part 1A, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. § 901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>          ☐ I remain on active duty /or/<br>          ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>          OR<br><br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>          ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

**B22A (Official Form 22A) (Chapter 7) (12/08)**

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | |
|---|---|
| **2** | **Marital/filing status.**  Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐  **Unmarried.   Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐  Married, not filing jointly, with declaration of separate households.  By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code."<br>**Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐  Married, not filing jointly, without the declaration of separate households set out in Line 2.b above.<br>**Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☑  Married, filing jointly.   **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| | | Column A<br><br>Debtor's Income | Column B<br><br>Spouse's Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| **3** | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $0.00 | $4,194.64 |

| | | | | | |
|---|---|---|---|---|---|
| **4** | **Income from the operation of a business, profession, or farm.**   Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.   **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | | | |
| | a. | Gross receipts | $0.00 | $0.00 | |
| | b. | Ordinary and necessary business expenses | $0.00 | $0.00 | |
| | c. | Business income | Subtract Line b from Line a | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **5** | **Rent and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | | |
| | a. | Gross receipts | $0.00 | $0.00 | |
| | b. | Ordinary and necessary operating expenses | $0.00 | $0.00 | |
| | c. | Rent and other real property income | Subtract Line b from Line a | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **6** | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
| **7** | **Pension and retirement income.** | $0.00 | $0.00 |
| **8** | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.**  Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $100.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| **9** | **Unemployment compensation.**   Enter the amount in the appropriate column(s) of Line 9.  However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security law, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | | |
| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor<br>$0.00 | Spouse<br>$0.00 | |
| | | | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **10** | **Income from all other sources.**   Specify source and amount.  If necessary, list additional sources on a separate page.   **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.**  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. | | |
| | b. | | |
| | Total and enter on Line 10 | $0.00 | $0.00 |

**B22A (Official Form 22A) (Chapter 7) (12/08)**

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $100.00 | $4,194.64 |
|---|---|---|---|
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | $4,294.64 |

<table>
<tr><th colspan="3" align="center">Part III. APPLICATION OF § 707(b)(7) EXCLUSION</th></tr>
<tr><td>13</td><td>**Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result.</td><td>$51,535.68</td></tr>
<tr><td>14</td><td>**Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence:    **Florida**     b. Enter debtor's household size:   **5**</td><td>$75,394.00</td></tr>
<tr><td rowspan="3">15</td><td colspan="2">**Application of Section 707(b)(7).** Check the applicable box and proceed as directed.</td></tr>
<tr><td colspan="2">☑   **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.</td></tr>
<tr><td colspan="2">☐   **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement.</td></tr>
<tr><td colspan="3" align="center">**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**</td></tr>
</table>

<table>
<tr><th colspan="3" align="center">Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)</th></tr>
<tr><td>16</td><td>**Enter the amount from Line 12.**</td><td></td></tr>
<tr><td>17</td><td>**Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a.<br>b.<br>c.<br>Total and enter on line 17.</td><td></td></tr>
<tr><td>18</td><td>**Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result.</td><td></td></tr>
</table>

<table>
<tr><th colspan="3" align="center">Part V. CALCULATION OF DEDUCTIONS FROM INCOME</th></tr>
<tr><th colspan="3" align="center">Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)</th></tr>
<tr><td>19A</td><td>**National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)</td><td></td></tr>
<tr><td>19B</td><td>**National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B.</td><td></td></tr>
</table>

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member | |
| b1. | Number of members | b2. | Number of members | |
| c1. | Subtotal | c2. | Subtotal | |

**B22A (Official Form 22A) (Chapter 7) (12/08)**

| | | |
|---|---|---|
| **20A** | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |

| | | | |
|---|---|---|---|
| **20B** | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. DO NOT ENTER AN AMOUNT LESS THAN ZERO. | | |
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| | | |
|---|---|---|
| **21** | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | |

| | | |
|---|---|---|
| **22A** | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.    ☐ 0    ☐ 1    ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |

| | | |
|---|---|---|
| **22B** | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |

| | | | |
|---|---|---|---|
| **23** | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)    ☐ 1    ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. DO NOT ENTER AN AMOUNT LESS THAN ZERO. | | |
| | a. | IRS Transportation Standards, Ownership Costs | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

**B22A (Official Form 22A) (Chapter 7) (12/08)**

| | | |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.**   Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes.  DO NOT INCLUDE REAL ESTATE OR SALES TAXES. | |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.**   Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs.  DO NOT INCLUDE DISCRETIONARY AMOUNTS, SUCH AS VOLUNTARY 401(K) CONTRIBUTIONS. | |
| 27 | **Other Necessary Expenses: life insurance.**   Enter total average monthly premiums that you actually pay for term life insurance for yourself.  DO NOT INCLUDE PREMIUMS FOR INSURANCE ON YOUR DEPENDENTS, FOR WHOLE LIFE OR FOR ANY OTHER FORM OF INSURANCE. | |
| 28 | **Other Necessary Expenses: court-ordered payments.**   Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  DO NOT INCLUDE PAYMENTS ON PAST DUE OBLIGATIONS INCLUDED IN LINE 44. | |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**   Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | |
| 30 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on childcare--such as baby-sitting, day care, nursery and preschool.  DO NOT INCLUDE OTHER EDUCATIONAL PAYMENTS. | |
| 31 | **Other Necessary Expenses: health care.**   Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B.  DO NOT INCLUDE PAYMENTS FOR HEALTH INSURANCE OR HEALTH SAVINGS ACCOUNTS LISTED IN LINE 34. | |
| 32 | **Other Necessary Expenses: telecommunication services.**   Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service--such as pagers, call waiting, caller id, special long distance, or internet service--to the extent necessary for your health and welfare or that of your dependents.  DO NOT INCLUDE ANY AMOUNT PREVIOUSLY DEDUCTED. | |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | |

| | |
|---|---|
| **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** | |

| | | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.**  List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |

| | | |
|---|---|---|
| a. | Health Insurance | |
| b. | Disability Insurance | |
| c. | Health Savings Account | |

Total and enter on Line 34

IF YOU DO NOT ACTUALLY EXPEND THIS TOTAL AMOUNT, state your actual total average monthly expenditures in the space below:

_____

B22A (Official Form 22A) (Chapter 7) (12/08)

| | | |
|---|---|---|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law.  The nature of these expenses is required to be kept confidential by the court. | |
| 37 | **Home energy costs.**  Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST EXPLAIN WHY THE AMOUNT CLAIMED IS REASONABLE AND NECESSARY AND NOT ALREADY ACCOUNTED FOR IN THE IRS STANDARDS. | |
| 39 | **Additional food and clothing expense.**   Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 40 | **Continued charitable contributions.**  Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | |

| | |
|---|---|
| **Subpart C: Deductions for Debt Payment** | |

| | | | |
|---|---|---|---|
| 42 | **Future payments on secured claims.**   For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance.  The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60.  If necessary, list additional entries on a separate page.  Enter the total of the Average Monthly Payments on Line 42. | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | | ☐ yes ☐ no |
| b. | | | | ☐ yes ☐ no |
| c. | | | | ☐ yes ☐ no |
| | | | Total:  Add Lines a, b and c. | |

| | |
|---|---|
| 43 | **Other payments on secured claims.**    If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property.  The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure.  List and total any such amounts in the following chart.  If necessary, list additional entries on a separate page. |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| | | | Total:  Add Lines a, b and c |

B22A (Official Form 22A) (Chapter 7) (12/08)

| | | |
|---|---|---|
| 44 | **Payments on prepetition priority claims.**   Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing.  DO NOT INCLUDE CURRENT OBLIGATIONS, SUCH AS THOSE SET OUT IN LINE 28. | |
| 45 | **Chapter 13 administrative expenses.**  If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

| | | | |
|---|---|---|---|
| | a. | Projected average monthly chapter 13 plan payment. | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | % |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

| | | |
|---|---|---|
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | |

| | |
|---|---|
| **Subpart D: Total Deductions from Income** | |

| | | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).**   Enter the total of Lines 33, 41, and 46. | |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| | | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | |
| 51 | **60-month disposable income under § 707(b)(2).**   Multiply the amount in Line 50 by the number 60 and enter the result. | |
| 52 | **Initial presumption determination.**  Check the applicable box and proceed as directed.<br><br>☐  **The amount on Line 51 is less than $6,575.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.  Do not complete the remainder of Part VI.<br><br>☐  **The amount set forth on Line 51 is more than $10,950.**  Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII.  Do not complete the remainder of Part VI.<br><br>☐  **The amount on Line 51 is at least $6,575, but not more than $10,950.**  Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | |
| 55 | **Secondary presumption determination.**  Check the applicable box and proceed as directed.<br><br>☐  **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐  **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008

**B22A (Official Form 22A) (Chapter 7) (12/08)**

| | Part VII: ADDITIONAL EXPENSE CLAIMS |
|---|---|
| | **Other Expenses.**  List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses. |

| 56 | | Expense Description | Monthly Amount |
|---|---|---|---|
| | a. | | |
| | b. | | |
| | c. | | |
| | | Total:  Add Lines a, b, and c | |

| | Part VIII: VERIFICATION |
|---|---|
| | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |

57

Date:  **02/18/2009**                    Signature:   **/s/ Jason F McLendon**

(Debtor)

Date:  **02/18/2009**                    Signature:   **/s/ Tanya R McLendon**

(Joint Debtor, if any)

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008