UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

JASON F. MCLENDON, and
TANYA R. MCLENDON,

     Debtor.
_____/

Chapter 7
Case No. 9:09-bk-02739-ALP

## ORDER GRANTING UNOPPOSED
## MOTION FOR RULE 2004 EXAMINATION OF DEBTOR

THIS CAUSE came before the Court, *ex parte*, upon the Motion for Rule 2004 Examination of Debtor filed by Bank of Florida (Southwest) on March 24, 2009.  The Court having been advised the Motion is unopposed, and otherwise being fully advised in the premises, it is hereby

**ORDERED, ADJUDGED AND DECREED** The Motion for Rule 2004 Examination of Debtor filed by Bank of Florida (Southwest) is GRANTED.  Bank of Florida (Southwest) is authorized to take a Rule 2004 Examination of the Debtor on a date and time to be agreed upon by counsel.

**DONE AND ORDERED** at Tampa, Florida, on _____ April 27, 2009 _.

_____
HONORABLE ALEXANDER L. PASKAY
U.S. Bankruptcy Court Judge

Copies Furnished to:
Jason F McLendon, Tanya R. McLendon, 15831 Delasol Lane, Naples, FL 34110
Holly Bower, Esq. 12800 University Drive, Suite 260, ort Myers, FL 33907
Robert E. Tardif, Jr., Trustee, 430 Shadowlawn Drive, Suite 18, Naples, FL 34112
U.S. Trustee - FTM, Timberlake Annex, Suite 1200, 501 E. Polk St., Tampa, FL 33602