**[87fd]** [FINAL DECREE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                                          Case No. 9:09−bk−02739−ALP
                                                                                Chapter 7

Jason F McLendon
fdba LA
fdba First Class Cleaning
fdba First Clas Builders
fdba Alico Eleven
fdba Olde Naples Investments
fdba Sharp Investments
fdba Alico Business Park
15831 Delasol Lane
Naples, FL 34110

Tanya R McLendon
15831 Delasol Lane
Naples, FL 34110

_____Debtor(s)_____/

FINAL DECREE

The estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

− Robert E Tardif Jr. is discharged as trustee of the estate of the above−named debtor and the bond as pertains to this case is cancelled;

− the Chapter 7 case of the above−named debtor is closed.

DONE AND ORDERED on October 12, 2009 .

_____
Alexander L. Paskay
United States Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor(s) within the last 6 years (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.